

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

**Jorge G. Tenreiro**
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-9145
TenreiroJ@sec.gov

August 14, 2019

<u>Via ECF</u>

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>SEC v. Middleton et al., No. 19 Civ. 4625 (WFK-RER)</u>

Dear Judge Kuntz:

  We represent the Plaintiff, Securities and Exchange Commission, in this action. Earlier today, Defendants in the above-captioned action, through counsel, proposed Josias Dewey of Holland & Knight to act as the Independent Intermediary pursuant to paragraph V of the Temporary Restraining Order Freezing Assets, entered by Judge Hall on August 12, 2019 (the "Order"). The proposed Independent Intermediary is not unacceptable to the staff of the Commission. The parties will work together with the Independent Intermediary to effect the directives in paragraph V of the Order and to keep the Court informed of such developments, as per the terms of the Order.

           Respectfully submitted,

           */s/ Jorge G. Tenreiro*

           Jorge G. Tenreiro

cc (via ECF): Counsel for Defendants