UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,          :

                   Plaintiff,          :

       v.          :

REGINALD MIDDELTON, VERITASEUM, INC., and          :
VERITASEUM, LLC,

              Defendants.          :
-------------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★    AUG 2 1 2019    ☆

BROOKLYN OFFICE

**ORDER**
19-CV-4625 (WFK)

**WILLIAM F. KUNTZ, II United States District Judge:**

On August 20, 2019, the Securities and Exchange Commission ("SEC") filed a motion

requesting an extension of time to file its Reply Papers and a motion for leave to file excess

pages. *See* ECF No. 37. On August 21, 2019, the SEC filed a second letter specifying it

requested an extension to file its papers by Thursday, August 22, 2019 at 8:00 P.M. and for leave

to file 15 pages. *See* ECF No. 38. Accordingly, the Court HEREBY GRANTS both of the

SEC's requests. The Reply Papers must now be filed by Thursday, August 22, 2019 at 8:00 P.M.

                        **SO ORDERED.**

                                  s/WFK
                          HON. WILLIAM F. KUNTZ, II
                          UNITED STATES DISTRICT JUDGE

Dated: August 21, 2019
       Brooklyn, New York