UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  -against-<br><br>REGINALD MIDDLETON, et al,<br><br>         Defendants. | 19 Civ. 4625 (WFK)<br><br>ECF Case |

## DECLARATION OF ADEEL ARIF

I, Adeel Arif, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and have worked in the past as an independent financial services contractor.

2. I first learned about Veritaseum in 2017 while skimming through blog posts from Clif High and Bix Weir. Intrigued, I tried to learn more about the VERI token by reading through Veritaseum and Reggie Middleton's Twitter feeds as well as by watching some of Reggie Middleton's videos on YouTube. In several videos, Reggie Middleton repeatedly promised that demand for the VERI token would be high and noted that ICO investors in the past had done very well.

3. Based on this online information, I understood Veritaseum to be like a "digital hedge fund manager," software that could execute "smart contracts" and generate the same returns as hedge funds but without the associated fees.

4. When I learned about the VERI ICO, I was disappointed that I could not participate because the offering had recently ended. I emailed Reggie Middleton and asked him how I could "invest" in his technology.

5. I received a response from Masiah Middleton, who told me that I would be "purchasing software not making and [sic] investment." But based on what Reggie Middleton had said in his videos I expected the tokens to increase in value over time, because Reggie Middleton said that the tokens would be limited in quantity, while the coin would become more valuable as institutional buyers began to use the product and demand increased for the coin.

6. Masiah Middleton told me that I could purchase tokens on the EtherDelta exchange or purchase directly from him at a premium. I purchased three or four VERI tokens on the EtherDelta exchange in June 7, 2017.

7. When I purchased the tokens, I only had a vague understanding of the VERI, but it seemed like an interesting concept. Hedge funds were going to be able to purchase research reports created using artificial intelligence. In my research, I saw two sample reports that Mr. Middleton made available on Twitter or another internet platform. I understood that the platform was in the early stages of development.

8. I personally had no plans to use VERI's software. I thought that once the platform was built out, I would be able to rent out the VERI tokens to hedge fund managers and other institutional buyers, who would use the tokens to gain access to reports and other data generated by Veritaseum's software.

9. I purchased the VERI tokens as an investment, that is, to make money rather than to use the software.

10. I sold the VERI tokens between three and four months after I purchased them.

11. I have not purchased any additional VERI tokens, in part because Veritaseum seems to have moved on to other products that I don't understand, such as the VeGold platform.

12. On Wednesday, August 14, 2019, I spoke with attorneys from the Securities and Exchange Commission and told them that I was willing to testify at a hearing planned for Monday, August 26. We began making plans for my travel and for a deposition by the Defendants on Friday, August 23 in New York City. On Friday, August 16, I had a bad fall while riding an electric board. I was thrown off the board at 30 miles per hour. My injuries include extensive swelling and bruising, as well as difficulty bending one knee. I do not feel well enough to travel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2019, Perrysburg, Ohio.

_____
Adeel Arif