**Exhibit 19**
**Bank Accounts Reviewed by the Commission Staff**

| Account Holder | Bank / Account No. (Last 4 Digits) | March 31, 2017 |
|---|---|---|
| Veritaseum LLC | Citi – 2142 | --* |
| Veritaseum LLC | Chase – 5610 | -- |
| Veritaseum Inc. | Citi – 4865 | $348.89 |
| Veritaseum Assets LLC | BofA – 1786 | -- |
| Veritaseum Holdings LLC | BofA – 1142 | --** |
| 221 Washington Avenue LLC | Citi – 1498 | $0 |
| 281 Cumberland Street LLC | Citi – 1711 | $1.04 |
| Lefferts Place LLC | Citi – 1404 | $1.36 |
| Reggie Middleton LLC | Citi – 1201 | -$43.72 |
| Middleton, Reginald | Citi – 1630 | $316.16 |
| Middleton, Reginald | BofA – 3904 | -- |
| Middleton, Reginald | BofA – 3917 | -- |
| Middleton, Reginald | BofA – 7681 | -- |
| Middleton, Reginald | BofA – 7694 | -- |
| Middleton, Reginald | BofA – 7856 | -- |
| Middleton, Reginald | BofA – 7869 | -- |
|  |  |  |
| TOTAL |  | $623.73 |

* "--" Indicates that the account had not yet been opened, or was closed, as of March 31, 2017.

** The Commission has not received account opening documentation from Bank of America for this account, but it appears, based on the date range of the statements disclosed, that it had not yet been opened as of March 31, 2017.