# Exhibit 20
## Deposits From Apparent Cryptocurrency Sources

| Transaction Date | Amount | Source | Received By Account |
|---|---|---|---|
| 04/03/2017 | $1,035.00 | Coinbase.com | Middleton Citi 1630 |
| 04/07/2017 | $1,485.08 | Coinbase.com | Middleton Citi 1630 |
| 04/13/2017 | $437.72 | Coinbase.com | Middleton Citi 1630 |
| 04/18/2017 | $713.00 | Coinbase.com | Middleton Citi 1630 |
| 04/21/2017 | $1,845.00 | Coinbase.com | Middleton Citi 1630 |
| 05/02/2017 | $1,504.00 | Coinbase.com | Middleton Citi 1630 |
| 05/03/2017 | $1,344.00 | Coinbase.com | Middleton Citi 1630 |
| 05/04/2017 | $555.00 | Coinbase.com | Middleton Citi 1630 |
| 05/04/2017 | $2,969.00 | Coinbase.com | Middleton Citi 1630 |
| 05/05/2017 | $3,281.78 | Coinbase.com | Middleton Citi 1630 |
| 05/10/2017 | $4,380.50 | Coinbase.com | Middleton Citi 1630 |
| 05/12/2017 | $4,400.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/15/2017 | $2,100.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/15/2017 | $6,224.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/15/2017 | $8,400.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/15/2017 | $9,441.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/15/2017 | $10,000.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/16/2017 | $2,860.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/16/2017 | $3,072.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/16/2017 | $3,500.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/17/2017 | $1,152.50 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/17/2017 | $2,448.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/19/2017 | $6,000.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/19/2017 | $10,000.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/22/2017 | $1,082.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/22/2017 | $2,306.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/23/2017 | $1,423.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/23/2017 | $3,031.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/23/2017 | $3,075.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/23/2017 | $4,600.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/23/2017 | $5,502.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/24/2017 | $4,609.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/25/2017 | $4,869.01 | Coinbase.com | Middleton Citi 1630 |
| 05/25/2017 | $5,573.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 05/31/2017 | $6,009.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/01/2017 | $6,351.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/05/2017 | $10,000.00 | Coinbase.com | Veritaseum LLC Citi 2142 |

| Transaction Date | Amount | Source | Received By Account |
|---|---|---|---|
| 06/06/2017 | $4,370.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/07/2017 | $1,293.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/07/2017 | $7,800.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/08/2017 | $6,657.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/12/2017 | $9,583.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/12/2017 | $10,000.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/13/2017 | $3,096.20 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/13/2017 | $4,490.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/13/2017 | $6,270.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/14/2017 | $3,270.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/14/2017 | $3,360.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/14/2017 | $6,756.62 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/15/2017 | $690.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/15/2017 | $2,437.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/15/2017 | $4,916.85 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/16/2017 | $1,399.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/16/2017 | $2,873.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/16/2017 | $7,244.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/19/2017 | $3,879.00 | Coinbase.com | Veritaseum Inc. Citi 4865 |
| 06/19/2017 | $2,878.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/19/2017 | $3,036.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/19/2017 | $3,400.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/19/2017 | $3,700.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/19/2017 | $6,687.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/20/2017 | $3,100.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/20/2017 | $3,685.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/21/2017 | $5,821.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/22/2017 | $1,351.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/22/2017 | $7,133.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/26/2017 | $7,680.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 06/30/2017 | $6,400.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 07/05/2017 | $5,110.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 07/07/2017 | $5,311.50 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 07/11/2017 | $1,261.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 07/11/2017 | $2,340.00 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 07/19/2017 | $7,300.80 | Coinbase.com | Veritaseum LLC Citi 2142 |
| 04/11/2018 | $21,137.50 | Gemini Trust Company LLC | Middleton Citi 1630 |
| 04/12/2018 | $20,842.50 | Gemini Trust Company LLC | Middleton Citi 1630 |
| 04/12/2018 | $116,244.37 | Gemini Trust Company LLC | Middleton Citi 1630 |

| Transaction Date | Amount | Source | Received By Account |
|---|---|---|---|
| 04/12/2018 | $99,995.00 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/13/2018 | $99,995.00 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/16/2018 | $72,039.12 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/17/2018 | $40,500.63 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/17/2018 | $90,111.80 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/20/2018 | $27,431.25 | Gemini Trust Company LLC | Middleton Citi 1630 |
| 04/20/2018 | $41,303.65 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/20/2018 | $68,819.10 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/23/2018 | $29,925.00 | Gemini Trust Company LLC | Middleton Citi 1630 |
| 04/30/2018 | $34,217.60 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/30/2018 | $145,628.40 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 05/04/2018 | $114,448.37 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 05/04/2018 | $170,558.44 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 05/07/2018 | $20,103.90 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $85,363.22 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $149,075.64 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $214,654.79 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $272,831.20 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $296,257.80 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 06/04/2018 | $298,311.79 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/13/2018 | $49,270.46 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/13/2018 | $215,650.78 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/13/2018 | $258,337.39 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/16/2018 | $114,653.20 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/17/2018 | $81,534.78 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/17/2018 | $84,882.39 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/17/2018 | $252,587.41 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/18/2018 | $32,220.79 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 07/19/2018 | $77,423.84 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 11/26/2018 | $282,825.00 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 12/10/2018 | $10,877.34 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 12/11/2018 | $57,462.89 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 12/17/2018 | $6,449.07 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 01/15/2019 | $14,875.95 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 02/19/2019 | $79,397.08 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 02/20/2019 | $29,592.42 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 02/25/2019 | $108,543.07 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 03/04/2019 | $11,396.28 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/05/2019 | $46,144.80 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |

| Transaction Date | Amount | Source | Received By Account |
|---|---|---|---|
| 03/15/2019 | $53,410.28 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/18/2019 | $28,141.00 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/20/2019 | $27,637.84 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/25/2019 | $13,347.59 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/25/2019 | $13,942.78 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/27/2019 | $121,146.25 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/28/2019 | $30,080.34 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 03/29/2019 | $28,270.48 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/04/2019 | $75,110.92 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/08/2019 | $51,967.53 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/08/2019 | $37,666.98 | Synapse Financial Technologies | Veritaseum LLC Citi 2142 |
| 04/18/2019 | $17,297.11 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/18/2019 | $28,576.31 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/30/2019 | $47,509.63 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 04/30/2019 | $78,737.34 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/01/2019 | $62,521.76 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/01/2019 | $23,399.91 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/01/2019 | $23,472.78 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/02/2019 | $46,805.10 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/24/2019 | $204,771.06 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/24/2019 | $30,491.30 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/28/2019 | $33,317.94 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 05/31/2019 | $78,970.48 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 06/07/2019 | $51,693.79 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 06/10/2019 | $25,469.50 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 06/11/2019 | $33,557.17 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 06/18/2019 | $105,799.80 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/02/2019 | $132,288.60 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/05/2019 | $48,025.28 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/25/2019 | $99,307.02 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/29/2019 | $48,246.70 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/29/2019 | $62,214.72 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/31/2019 | $141,013.59 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/31/2019 | $43,151.80 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
| 07/31/2019 | $59,483.83 | Synapse Financial Technologies | Veritaseum Assets LLC BofA 1786 |
|  |  |  |  |
| TOTAL | $6,664,922.08 |  |  |