**Exhibit 22**
**Certain Deposits to Veritaseum Accounts**

| Transaction Date | Transaction Amount | Payor | Sending Account |
|---|---|---|---|
| 06/22/2018 | $1,000,000.00 | Johnson, Lorna Mae | Veritaseum LLC Citi 2142 |
| 07/18/2018 | $5,000.00 | Reece, Paul | Veritaseum LLC Citi 2142 |
| 08/21/2018 | $108,440.00 | Seibert, Franklin | Veritaseum LLC Citi 2142 |
| 08/31/2018 | $55,000.00 | Smith, Andrew | Veritaseum LLC Citi 2142 |
| 10/09/2018 | $25,230.00 | D-Soft Patryk Dworznik | Veritaseum LLC Citi 2142 |
| 10/18/2018 | $25,230.00 | D-Soft Patryk Dworznik | Veritaseum LLC Citi 2142 |
| 11/13/2018 | $30,000.00 | Covington & Burling LLP | Veritaseum LLC Chase 5610 |
| 12/11/2018 | $7,000.00 | Fountain, Keith C. | Veritaseum Inc. Citi 4865 |
|  |  |  |  |
| Total | $1,255,900.00 |  |  |