23-Nov-18                                                                                    23Nov18-1173

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G23Nov18-1173**
Sequence number 004870029330  Posting date 05-Jul-18 Amount 30000.00

