**Exhibit 24**
**Deposits From Apparent Non-Cryptocurrency Sources – Veritaseum Assets LLC Accounts**

| Transaction | Amount | Source | Received By Account |
|---|---|---|---|
| 11/09/2018 | $ 2,526.20 | Pamiliona Holdings LLC | Veritaseum Assets BofA 1786 Acct |
| 12/18/2018 | $ 51,152.00 | The Black Hammer LLC | Veritaseum Assets BofA 1786 Acct |
| 03/15/2019 | $ 1,646.00 | Exceed Wellness Inc | Veritaseum Assets BofA 1786 Acct |
| 03/29/2019 | $ 78,200.00 | Pamiliona Holdings LLC | Veritaseum Assets BofA 1786 Acct |
| 04/08/2019 | $ 215,000.00 | Pamiliona Holdings LLC | Veritaseum Assets BofA 1786 Acct |
| | | | |
| TOTAL | $348,524.20 | | |