**Exhibit 25**
**Transfers Between Personal and Entity Accounts**

| Sending Account | Transaction Date | Transaction Amount | Receiving Account |
|---|---|---|---|
| Middleton Citi 1630 | 04/03/2017 | $500.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 04/07/2017 | $250.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 04/12/2017 | $200.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 04/24/2017 | $270.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 04/24/2017 | $860.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 05/04/2017 | $1,300.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 05/05/2017 | $1,000.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 05/11/2017 | $3,000.00 | Veritaseum LLC Citi 2142 |
| Middleton Citi 1630 | 10/31/2017 | $500.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 11/10/2017 | $400.00 | Veritaseum Inc. Citi 4865 |
| Middleton Citi 1630 | 12/24/2018 | $22,887.00 | Veritaseum LLC Citi 2142 |
| Middleton Citi 1630 | 01/08/2019 | $80,000.00 | Veritaseum Assets LLC BofA 1786 |
| Middleton Citi 1630 | 04/08/2019 | $40.00 | Veritaseum LLC Citi 2142 |
| Middleton Citi 1630 | 04/08/2019 | $10,000.00 | Veritaseum LLC Citi 2142 |
| Veritaseum Assets LLC BofA 1786 | 01/08/2019 | ($22,500.00) | Middleton BofA 7681 |
| Veritaseum Assets LLC BofA 1786 | 02/19/2019 | ($22,000.00) | Middleton BofA 3904 |
| Veritaseum Assets LLC BofA 1786 | 02/19/2019 | ($2,000.00) | Middleton BofA 7681 |
| Veritaseum Assets LLC BofA 1786 | 03/28/2019 | ($9,000.00) | Middleton BofA 7694 |
| Veritaseum Assets LLC BofA 1786 | 03/28/2019 | ($80,000.00) | Middleton BofA 7694 |
| Veritaseum Assets LLC BofA 1786 | 05/01/2019 | ($70,000.00) | Middleton BofA 7694 |
| Veritaseum Assets LLC BofA 1786 | 05/31/2019 | ($55,000.00) | Middleton BofA 7694 |
| Veritaseum Assets LLC BofA 1786 | 07/01/2019 | ($55,000.00) | Middleton BofA 7694 |
| Veritaseum Inc. Citi 4865 | 05/01/2017 | ($1,600.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 06/16/2017 | ($7,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 07/10/2017 | ($10,000.00) | Middleton Citi 1630 |

| Sending Account | Transaction Date | Transaction Amount | Receiving Account |
|---|---|---|---|
| Veritaseum LLC Citi 2142 | 07/31/2017 | ($8,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 08/11/2017 | ($40,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 08/21/2017 | ($10,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 09/08/2017 | ($10,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 09/26/2017 | ($106,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 10/16/2017 | ($10,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 10/31/2017 | ($10,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 11/10/2017 | ($22,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 12/01/2017 | ($20,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 01/03/2018 | ($20,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 01/18/2018 | ($70,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 02/06/2018 | ($25,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 02/13/2018 | ($25,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 02/16/2018 | ($100,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 03/02/2018 | ($25,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 03/05/2018 | ($5,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 03/28/2018 | ($25,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 05/09/2018 | ($45,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 05/10/2018 | ($60,000.00) | Middleton Citi 1630 |
| Veritaseum LLC Citi 2142 | 05/29/2018 | ($25,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 06/29/2018 | ($25,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 08/02/2018 | ($40,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 08/29/2018 | ($11,230.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 08/29/2018 | ($100,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($15,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($25,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 09/18/2018 | ($58,540.25) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 10/03/2018 | ($55,000.00) | Middleton Citi 1630* |

| Sending Account | Transaction Date | Transaction Amount | Receiving Account |
|---|---|---|---|
| Veritaseum LLC Citi 2142 | 10/05/2018 | ($50,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 11/08/2018 | ($55,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 12/24/2018 | ($22,887.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 12/31/2018 | ($160,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 02/01/2019 | ($55,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 02/13/2019 | ($10,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 03/01/2019 | ($55,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 03/21/2019 | ($55,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 04/08/2019 | ($1.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 04/10/2019 | ($10,000.00) | Middleton Citi 1630* |
| Veritaseum LLC Citi 2142 | 04/10/2019 | ($37,600.00) | Middleton Citi 1630* |
|  |  |  |  |
|  |  | ($1,714,151.25) |  |

* Statement indicates "Transfer to Checking"; assumed to be a transfer to the Citi 1630 account.