**Exhibit 26**
**Pivot Table Chart:  Transfers Between Personal and Entity Accounts**

| Sender | Recipient | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Middleton BofA 3904 | Middleton BofA 7681 | Middleton BofA 7694 | Middleton Citi 1630 | Veritaseum Assets LLC BofA 1786 | Veritaseum Inc. Citi 4865 | Veritaseum LLC Citi 2142 | |
| Middleton Citi 1630 | | | | | $80,000.00 | $5,280.00 | $35,927.00 | $121,207.00 |
| Veritaseum Assets LLC BofA 1786 | $22,000.00 | $24,500.00 | $269,000.00 | | | | | $315,500.00 |
| Veritaseum Inc. Citi 4865 | | | | $1,600.00 | | | | $1,600.00 |
| Veritaseum LLC Citi 2142 | | | | $1,518,258.25 | | | | $1,518,258.25 |
| Grand Total | $22,000.00 | $24,500.00 | $269,000.00 | $1,519,858.25 | $80,000.00 | $5,280.00 | $35,927.00 | $1,956,565.25 |

**Subtotal:** To Middleton Accounts    $1,835,358.25        **Subtotal:** To Entity Accounts    $121,207.00

**Net Transfers to Middleton accounts:**    **$1,714,151.25**