**Exhibit 27**
**International Wires to Unidentified Recipients**

| Sending Account | Transaction Date | Transaction Amount | Payee |
|---|---|---|---|
| Veritaseum LLC Citi 2142 | 05/29/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 05/29/2018 | ($25,372.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 05/30/2018 | ($10,197.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 06/29/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 06/29/2018 | ($17,100.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 07/23/2018 | ($34,595.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 08/02/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($14,000.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($17,185.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($25,256.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 10/09/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 10/09/2018 | ($16,800.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 10/29/2018 | ($70,350.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 11/08/2018 | ($7,000.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 11/13/2018 | ($93,368.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 12/13/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 12/13/2018 | ($57,465.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 12/31/2018 | ($10,500.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 02/01/2019 | ($14,000.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 02/01/2019 | ($16,485.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 02/01/2019 | ($25,256.00) | UNKNOWN |
| Veritaseum LLC Citi 2142 | 03/01/2019 | ($16,485.00) | UNKNOWN |
|  |  |  |  |
| TOTAL |  | ($523,914.00) |  |