**Exhibit 28**
**Payments to Dillon Gage**

| Sending Account | Transaction Date | Transaction Amount | Payee |
|---|---|---|---|
| Veritaseum LLC Citi 2142 | 06/22/2018 | ($101,338.90) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 07/18/2018 | ($62,160.00) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 08/21/2018 | ($12,159.16) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 08/31/2018 | ($34,582.47) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 10/09/2018 | ($7,535.00) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 10/18/2018 | ($24,466.00) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 11/13/2018 | ($7,677.50) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 12/11/2018 | ($59,040.00) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 12/20/2018 | ($50,080.00) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 02/21/2019 | ($116,568.50) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 03/05/2019 | ($3,022.30) | Dillon Gage |
| Veritaseum LLC Citi 2142 | 03/21/2019 | ($131,960.00) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 04/02/2019 | ($73,510.00) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 04/03/2019 | ($101,263.80) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 04/15/2019 | ($103,680.00) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 04/30/2019 | ($129,020.00) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 05/16/2019 | ($125,396.40) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 05/29/2019 | ($124,008.00) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 07/05/2019 | ($5,170.40) | Dillon Gage |
| Veritaseum Assets LLC BofA 1786 | 07/31/2019 | ($138,150.00) | Dillon Gage |
|  |  |  |  |
|  | Total | ($1,410,788.43) |  |