**Exhibit 29**
**Transfers to Identified Recipients Apparently Located Outside the United States**

| Sending Account | Transaction Date | Transaction Amount | Payee | Likely Location |
|---|---|---|---|---|
| Veritaseum Inc. Citi 4865 | 5/4/2017 | ($3,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum Inc. Citi 4865 | 5/16/2017 | ($670.00) | Kanalysis | India, UK and/or Italy |
| Veritaseum LLC Citi 2142 | 5/17/2017 | ($10,000.00) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 5/17/2017 | ($5,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 6/12/2017 | ($9,225.51) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 6/20/2017 | ($11,896.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 7/31/2017 | ($7,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 08/4/2017 | ($5,000.00) | E. Chapman Group Inc. | |
| Veritaseum LLC Citi 2142 | 08/15/2017 | ($13,333.50) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 08/15/2017 | ($15,080.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 9/22/2017 | ($7,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 9/22/2017 | ($6,895.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 9/28/2017 | ($7,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 9/28/2017 | ($8,440.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 10/03/2017 | ($6,000.00) | National Commercial Bank Jamaica | Jamaica |
| Veritaseum LLC Citi 2142 | 11/03/2017 | ($27,499.00) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 11/03/2017 | ($29,705.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 11/17/2017 | ($14,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 11/17/2017 | ($9,630.00) | Pragmatic Coders Spka z ogranicz | Poland |

| Sending Account | Transaction Date | Transaction Amount | Payee | Likely Location |
|---|---|---|---|---|
| Veritaseum LLC Citi 2142 | 12/22/2017 | ($35,375.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 2/6/2018 | ($20,705.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum Inc. Citi 4865 | 3/2/2018 | ($472.00) | Kanalysis | India, UK and/or Italy |
| Veritaseum LLC Citi 2142 | 3/2/2018 | ($12,628.00) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 3/2/2018 | ($14,000.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 3/2/2018 | ($17,185.00) | Pragmatic Coders Spka z Ogranicz | Poland |
| Veritaseum LLC Chase 5610 | 3/15/2018 | ($140.00) | Kilburn & Strode LLP | London law firm |
| Veritaseum LLC Chase 5610 | 3/15/2018 | ($4,666.80) | Kilburn & Strode LLP | London law firm |
| Veritaseum LLC Citi 2142 | 3/29/2018 | ($12,628.00) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 3/29/2018 | ($9,500.00) | Pragmatic Coders Spka z Ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 4/2/2018 | ($14,175.00) | D-Soft Patryk Dworznik | Poland |
| Veritaseum LLC Citi 2142 | 4/2/2018 | ($10,500.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Citi 2142 | 4/18/2018 | ($3,756.00) | Kanalysis | India, UK and/or Italy |
| Veritaseum LLC Citi 2142 | 5/22/2018 | ($43,985.00) | Pragmatic Coders Spka z ogranicz | Poland |
| Veritaseum LLC Citi 2142 | 5/23/2018 | ($11,866.00) | Manish Kapoor | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Chase 5610 | 6/5/2018 | ($3,130.50) | First Gulf Bank Abu Dhabi | Abu Dhabi |
| Veritaseum LLC Chase 5610 | 6/29/2018 | ($750.00) | Hancock Media Private Ltd. | Mumbai, India |
| Veritaseum LLC Chase 5610 | 7/5/2018 | ($33,410.00) | Kanalysis Consultant Private Limited | Delhi, India |
| Veritaseum LLC Chase 5610 | 7/27/2018 | ($2,701.97) | Inkwell Services Ltd. | UK |
| Veritaseum LLC Chase 5610 | 8/10/2018 | ($1,550.00) | Kanalysis Consultant Private Limited | Delhi, India |
| Veritaseum LLC Chase 5610 | 9/11/2018 | ($20,958.00) | Kanalysis Consultant Private Limited | Delhi, India |
| Veritaseum LLC Chase 5610 | 9/18/2018 | ($1,000.00) | Hancock Media Private Ltd. | Mumbai, India |
| Veritaseum LLC Chase 5610 | 10/4/2018 | ($547.50) | Trott Duncan Limited | Hamilton, Bermuda |

| Sending Account | Transaction Date | Transaction Amount | Payee | Likely Location |
|---|---|---|---|---|
| Veritaseum LLC Chase 5610 | 10/10/2018 | ($10,385.00) | Anex Management Services | Quatre Bornes, Mauritius |
| Veritaseum LLC Chase 5610 | 10/12/2018 | ($7,050.00) | Trott Duncan Limited | Hamilton, Bermuda |
| Veritaseum LLC Chase 5610 | 10/24/2018 | ($10,000.00) | Trott Duncan Limited | Hamilton, Bermuda |
| Veritaseum LLC Chase 5610 | 10/31/2018 | ($2,070.00) | MMAKS Advocates | Uganda |
| Veritaseum LLC Chase 5610 | 11/22/2018 | ($9,000.00) | Andela | Nigera |
| Veritaseum LLC Chase 5610 | 11/26/2018 | ($817.00) | Marigold Signature Nigeria Ltd. | Nigeria |
| Veritaseum LLC Chase 5610 | 12/17/2018 | ($870.96) | Andela | Nigera |
| Veritaseum LLC Chase 5610 | 12/18/2018 | ($1,692.50) | Co-operative Bank PLC London UK | London |
| Veritaseum LLC Chase 5610 | 12/20/2018 | ($1,895.00) | Chris Ogunbanjo and Co. | Nigeria |
| Veritaseum LLC Chase 5610 | 12/31/2018 | ($9,000.00) | Andela | Nigera |
| Veritaseum LLC Chase 5610 | 12/31/2018 | ($9,175.00) | Kanalysis Consultant Private Limited | Delhi, India |
| Veritaseum LLC Chase 5610 | 1/2/2019 | ($19,890.00) | Pragmatic Coders | Poland |
| Veritaseum LLC Chase 5610 | 1/8/2019 | ($2,355.00) | Guardian Newspaper Limited | Lagos / Nigeria |
| Veritaseum LLC Chase 5610 | 1/29/2019 | ($7,135.00) | Trott Duncan Limited | Hamilton, Bermuda |
| Veritaseum LLC Chase 5610 | 2/6/2019 | ($7,460.00) | Pragmatic Coders | Poland |
| Veritaseum LLC Chase 5610 | 2/12/2019 | ($7,112.90) | Andela | Nigera |
| Veritaseum LLC Chase 5610 | 2/12/2019 | ($13,546.00) | Trott Duncan Limited | Hamilton, Bermuda |
| Veritaseum LLC Chase 5610 | 2/19/2019 | ($1,800.00) | Acuris Risk Intelligence | London |
| Veritaseum LLC Chase 5610 | 2/27/2019 | ($2,222.00) | Guardian Newspaper Limited | Lagos Nigeria |
| Veritaseum LLC Chase 5610 | 3/6/2019 | ($12,000.00) | Andela | Nigera |
| Veritaseum LLC Chase 5610 | 3/8/2019 | ($10,500.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Chase 5610 | 3/20/2019 | ($2,954.65) | Kilburn & Strode LLP | London |
| Veritaseum LLC Chase 5610 | 3/26/2019 | ($400.00) | AGRG and Company | Mumbai, India |
| Veritaseum LLC Chase 5610 | 4/1/2019 | ($30,385.00) | Pragmatic Coders | Poland |

| Sending Account | Transaction Date | Transaction Amount | Payee | Likely Location |
|---|---|---|---|---|
| Veritaseum Assets LLC BofA 1786 | 4/17/2019 | ($20,420.00) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Chase 5610 | 4/23/2019 | ($12,000.00) | Andela | Nigeria |
| Veritaseum LLC Chase 5610 | 4/24/2019 | ($1,000.00) | Mesfin Tafesse Habtegiorgis Attorneys | Ethiopia |
| Veritaseum Assets LLC BofA 1786 | 5/14/2019 | ($20,755.32) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Chase 5610 | 5/14/2019 | ($12,000.00) | Andela | Nigeria |
| Veritaseum LLC Chase 5610 | 5/14/2019 | ($33,995.00) | Pragmatic Coders | Poland |
| Veritaseum LLC Chase 5610 | 5/17/2019 | ($3,200.00) | Chris Ogunbanjo and Co. | Nigeria |
| Anex Management Services | 6/3/2019 | ($9,235.00) | Anex Management Services | Quatre Bornes, Mauritius |
| Veritaseum LLC Chase 5610 | 6/3/2019 | ($12,000.00) | Andela | Nigeria |
| Veritaseum LLC Chase 5610 | 6/3/2019 | ($7,613.00) | Chris Ogunbanjo and Co. | Nigeria |
| Veritaseum LLC Chase 5610 | 6/3/2019 | ($1,379.47) | Kilburn & Strode LLP | London |
| Veritaseum LLC Chase 5610 | 6/3/2019 | ($3,756.00) | MMAKS Advocates | Uganda |
| Veritaseum LLC Chase 5610 | 6/3/2019 | ($11,520.00) | Trott Duncan Limited | Hamilton, Bermuda |
| Veritaseum Assets LLC BofA 1786 | 6/7/2019 | ($21,322.18) | Manish Kapoor / FA Fin Advisors | Suncity, Haryana or New Delhi Area, India |
| Veritaseum LLC Chase 5610 | 6/7/2019 | ($35,470.00) | Pragmatic Coders | Poland |
| Veritaseum LLC Chase 5610 | 6/28/2019 | ($30,345.00) | Pragmatic Coders | Poland |
| Veritaseum LLC Chase 5610 | 7/12/2019 | ($5,600.00) | Albert Biney Obuasi | Ghana |
| Veritaseum LLC Chase 5610 | 7/12/2019 | ($12,000.00) | Andela | Nigeria |
| Veritaseum LLC Chase 5610 | 7/12/2019 | ($31,890.00) | Pragmatic Coders | Poland |
| | | | | |
| TOTAL | | ($937,220.76) | | |