**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**David L. Kornblau**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1084
dkornblau@cov.com

Via ECF

August 26, 2019

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

*SEC v. Middleton et al., No. 19-cv-04625 (WFK-RER)*

Dear Judge Kuntz:

      We represent the defendants in the action referenced above.  Pursuant to Rule I.C.5. of Your Honor's Individual Motion Practices and Rules, we respectfully request that the defendants' time to respond to the complaint be extended from the current deadline of on or about September 3, 2019, to and including November 4, 2019.  No previous request for an extension of time has been made and there are no current scheduled dates in the action that would be affected by this request.

      The SEC has informed us that it does not oppose this request.

      Respectfully submitted,

      s/ David L. Kornblau
      David L. Kornblau

cc:     Counsel for the SEC (via ECF and electronic mail)

NY: 1195849-3