# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Josias N. Dewey
(305) 789-7746
joe.dewey@hklaw.com

August 26, 2019

David L. Kornblau
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Jorge Tenreiro
U.S. Securities and Exchange Commission
Division of Enforcement
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

Re: *SEC v. Reginald Middleton, et. al.*

Gentlemen:

    Pursuant to the Temporary Restraining Order Freezing Assets, Requiring Defendants to Show Cause, and Granting Other Relief ("Order") issued on August 12, 2019 by the United States District Court, Eastern District of New York (the "Court"), the undersigned, having been appointed the Independent Intermediary under the Order, hereby certifies that (i) I have provided the Defendant Reginald Middleton with one or more public addresses under my control for the Ethereum and Bitcoin public blockchains (collectively, the "Controlled Addresses"), (ii) Defendant Reginald Middleton transferred the digital assets identified on Schedule A attached hereto (the "Digital Assets"), to the Controlled Addresses on August 21 and 22 of 2019, and (iii) the Digital Assets will be securely held in escrow pending further direction by the Court.

Sincerely yours,

*[signature]*

Josias N. Dewey

## Schedule A

| Ethereum Address | Token | Token Amount |
|---|---|---|
| **Transfer from known address on August 21, 2019** | | |
| 0x67bb19d5a4F1B9939178d92a09d62444E4a76438 | Ether | 30495.8641 |
| 0x67bb19d5a4f1b9939178d92a09d62444e4a76438 | Ether | 0.1 |
| 0x67bb19d5a4f1b9939178d92a09d62444e4a76438 | Ether | 0.5 |
| | | |
| 0x2483b897720a1fF105675ba04F6e1C46CD903ec2 | Ether | 6367.7140 |
| 0x2483b897720a1ff105675ba04f6e1c46cd903ec2 | Ether | 0.01 |
| 0x2483b897720a1fF105675ba04F6e1C46CD903ec2 | Veritaseum | 9809.752941 |
| 0x2483b897720a1fF105675ba04F6e1C46CD903ec2 | Ve Gold G1 | 1.004 |
| 0x2483b897720a1fF105675ba04F6e1C46CD903ec2 | Ve Gold K1 | 0.83440775 |
| | | |
| **Transfer from unknown address on August 21, 2019** | | |
| 0x74c760a2840CC4f6a65AAc5bE052ebb1B8739E88 | Veritaseum | 0.651 |
| | | |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VGLZ1 | 252.889 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VGLK1 | 4.37 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VSLK1 | 165.167 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VPMZ1 | 43.759 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VGLG1 | 647.725 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | VSLZ1 | 93.939 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | Veritaseum | 135.993 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | Ether | 0.01 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | Ether | 1050 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | PPT | 4.386 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | LPT | 2.712 |
| 0xEEAF0B2DBBF6D0A7DE0e0668a1c97ba7f3098840 | Ether | 1 |
| | | |
| 0xD7479145E52aDc22e6c4DC2c6809a69716823f42 | Veritaseum | 0.01 |
| 0xD7479145E52aDc22e6c4DC2c6809a69716823f42 | Veritaseum | 100000 |
| 0xD7479145E52aDc22e6c4DC2c6809a69716823f42 | Veritaseum | 97750353.55 |
| 0xD7479145E52aDc22e6c4DC2c6809a69716823f42 | LPT | 2.1416 |
| | | |
| 1Jn6XJtCUrCAyEx328Ddn7njAcqKJ21CbJ | Bitcoin | 0.0010 |
| | | |
| 1DxueK11gJCFpswAM2P6tTC2pgz1gXZfCc | | |
| 14ioyNTzBQY9kqK6WzM6eeyqWfJrtM2W7W | | |
| 1L2yn1oubhnVHze7vajFxctBor5NFk2Upy | Bitcoin | 42.7531391 |
| | | |
| 13eFTG5BZirH4WzMhPWDt9YjkDDezz7nke | | |
| 19tL87qf8DaiQmtyBZFZoDDrSLQpLFJcd7 | | |
| 19Q8afsDfNdyAoJbU8mNSx7uDj9Bjkncjs | | |
| 16obZYxWffrEifadq9L9K9rEaDEPsK11eH | | |
| 155Jpk9qqak7sMnE2bgkpcrU4wUxeRfguD | | |
| 14M1F4VRvxHJGCmNEixnMwtfSjwGdC2BHz | Bitcoin | 0.0170 |
| | | |
| **Transfer from unknown address on August 22, 2019** | | |
| 0x4D9471136B8569aE7EF7F6D5ae2a48aC1b12e33F | Veritaseum | 997.152113167195203 |
| 0x4D9471136B8569aE7EF7F6D5ae2a48aC1b12e33F | Ether | 0.0534 |
| | | |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | LPT | 2.139 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | PXT | 2000 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | PPT | 1000 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | PPP | 9326.805 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | Veritaseum | 71137.00128 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | OmiseGO | 200 |
| 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF | Ether | 0.0850 |
| | | |
| 0x9b6EFFA280482B00c8898d5b4cB7fFFe05AB8CbF | Veritaseum | 0.181 |
| 0x9b6EFFA280482B00c8898d5b4cB7fFFe05AB8CbF | Ether | 0.2673 |
| | | |
| 0x75C526d5143792446E0837B5ac84f17576dd76B1 | Veritaseum | 18.6879 |
| 0x75C526d5143792446E0837B5ac84f17576dd76B1 | Ether | 41.6247 |
| | | |
| 0x95841340a779363E9329ed5019E72A05989fd304 | Centra | 1000 |
| 0x95841340a779363E9329ed5019E72A05989fd304 | Ether | 0.0040 |
| | | |
| 0x74c760a2840cc4f6a65aac5be052ebb1b8739e88 | Ether | 0.2349 |
| | | |
| 0xe8916277b0953034f085d4f6fa4dafb89e003492 | Ether | 2.5737 |