

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

Jorge G. Tenreiro
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-9145
TenreiroJ@sec.gov

October 31, 2019

**Via ECF and UPS Overnight**

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   SEC v. Middleton et al., No. 19 Civ. 4625 (WFK-RER)

Dear Judge Kuntz:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to inform the Court that the Commission and Reginald Middleton ("Middleton"), Veritaseum, Inc., and Veritaseum, LLC ("Defendants") have reached a proposed settlement in this case. Enclosed for the Court's consideration is a proposed judgment with respect to all Defendants (the "Judgment") along with Defendants' executed consents to the Judgment.

The consent Judgment is fair and reasonable and in the public interest, in light of *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Judgment: (1) permanently enjoins Defendants from committing additional violations of the federal securities laws the Commission charged them with violating, including injunctions against engaging in the unregistered offer and sale of securities and committing fraud in connection with the offer, purchase and sale of securities, including market manipulation; (2) permanently bars Defendants from engaging in any offering of digital securities; (3) provides for the collection of over $9.4 million, comprised of disgorgement and prejudgment interest against Defendants, and of a significant civil penalty against Middleton; and (4) establishes a fund with the amounts collected from Defendants in satisfaction of the Judgment, so that the victims of Defendants' fraud may be compensated.

If the Judgment is acceptable to the Court, we respectfully ask that the Court docket the executed copy of it with the three enclosed consents attached.

Respectfully submitted

Jorge G. Tenreiro

Enclosures
cc (via ECF): Counsel for Defendants