**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

David L. Kornblau

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1084
dkornblau@cov.com

February 5, 2020

**BY ECF**

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

### SEC v. Middleton et al., Case No. 19-cv-04625 (WFK)

Dear Judge Kuntz:

    My Covington colleagues Christopher Y.L. Yeung, Teresa T. Lewi, and I have appeared on behalf of the defendants in the above-referenced action. We respectfully request entry of an order directing the Clerk to withdraw our appearances from the docket and our names from the Court's ECF distributions related to this case.

    Our withdrawal will not affect any pending deadlines or occasion any delays, as the case concluded with respect to the defendants by entry of a Final Judgment on November 1, 2019 (Docket No. 61). The defendants have consented to our withdrawal.

    I further certify that no retaining or charging liens have been asserted in connection with our withdrawal.

    Thank you for your consideration.

Respectfully submitted,

s/ David L. Kornblau
David L. Kornblau

cc:   Counsel of Record (by ECF)