# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>- against -<br><br>REGINALD ("REGGIE") MIDDLETON, VERITASEUM, INC., AND VERITASEUM, LLC,<br><br>          Defendants. | 19 CIV. 4625 (WFK) (RER)<br><br>ECF CASE<br><br>**DISTRIBUTION AGENT'S ELEVENTH PROGRESS REPORT** |

    Holland & Knight LLP, the Court-appointed Distribution Agent in the above-captioned matter (the "Distribution Agent"), respectfully submits this Eleventh Progress Report pursuant to the Judgment entered November 1, 2019 (Dkt. No. 61). Pursuant to the Judgment, the Distribution Agent is required to file progress reports within thirty (30) days after the end of every quarter. This Eleventh Progress Report covers the period from July 24, 2023 (the date of the Distribution Agent's Tenth Progress Report) through the date of this filing.

    **Tasks Performed by the Distribution Agent Since the Last Progress Report**

    Since the last progress report, the Distribution Agent:

- Continued to monitor and respond to investor inquiries;

- Performed outreach on uncashed and/or undelivered payments in accordance with the Plan;

- Provided final opportunity to investors with outstanding payments to negotiate the payment or provide alternative payment information pursuant to paragraph VIII.F. of the Plan; and

- Began working with the tax administrator to complete a final accounting for filing with the Court and assisting the SEC with the termination of the Veritaseum Fair Fund in accordance with Section XI of the Plan.

By the Distribution Agent's efforts, all payments in this matter have reached the payee.

**<u>Anticipated Next Steps</u>**

Following this Eleventh Progress Report, the Distribution Agent will continue to implement the Court-approved Claims Process (Dkt. No. 82, the "Claims Process") and Distribution Plan (Dkt. No. 82, the "Plan") including:

- Working with the tax administrator to complete a final accounting for filing with the Court and assisting the SEC with the termination of the Veritaseum Fair Fund in accordance with Section XI of the Plan; and

- If the matter is still open, filing the Distribution Agent's next progress report within thirty (30) days after the end of the next quarter.

Dated: October 30, 2023                    Respectfully submitted,

<u>/s/ *Josias N. Dewey*</u>
Josias N. Dewey
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
305-789-7746
joe.dewey@hklaw.com

*Court-appointed Distribution Agent for the Veritaseum Fair Fund*