UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>      - against -<br><br>REGINALD ("REGGIE") MIDDLETON, VERITASEUM, INC., AND VERITASEUM, LLC,<br><br>           Defendants. | 19 CIV. 4625 (WFK) (RER)<br><br>ECF CASE<br><br>**DISTRIBUTION AGENT'S TWELFTH PROGRESS REPORT** |

    Holland & Knight LLP, the Court-appointed Distribution Agent in the above-captioned matter (the "Distribution Agent"), respectfully submits this Twelfth Progress Report pursuant to the Judgment entered November 1, 2019 (Dkt. No. 61). Pursuant to the Judgment, the Distribution Agent is required to file progress reports within thirty (30) days after the end of every quarter. This Twelfth Progress Report covers the period from October 30, 2023 (the date of the Distribution Agent's Eleventh Progress Report) through the date of this filing.

    **Tasks Performed by the Distribution Agent Since the Last Progress Report**

    Since the last progress report, the Distribution Agent:

- Continued to monitor and respond to investor inquiries;
- Continued working with the tax administrator to complete a final accounting for filing with the Court and assisting the SEC with the termination of the Veritaseum Fair Fund in accordance with Section XI of the Plan.

    **Anticipated Next Steps**

    Following this Twelfth Progress Report, the SEC, working with the Distribution Agent and the Tax Administrator, expects to file a motion terminating the Veritaseum Fair Fund in the

upcoming quarter. Upon the filing of that motion, which will summarize the activity in this matter, the Distribution Agent does not intent to file any additional status reports unless the Court requests otherwise.

Dated: January 26, 2024                  Respectfully submitted,

/s/ *Josias N. Dewey*
Josias N. Dewey
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
305-789-7746
joe.dewey@hklaw.com

*Court-appointed Distribution Agent for the Veritaseum Fair Fund*