## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 19 Civ. 04625 (WFK) (VMS) |
| -against- | ) ) ) | |
| REGINALD ("REGGIE") MIDDLETON, VERITASEUM, INC., and VERITASEUM, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

### SUPPLEMENTAL DECLARATION OF MICHAEL BIETHMAN IN SUPPORT OF VERI DAO'S SUPPLEMENTAL LETTER BRIEF OF *AMICUS CURIAE*

I, Michael Biethman, make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

1.     I am over 18 years of age, of sound mind, and competent to testify to the matters set forth herein.

2.     I am a holder of Veritaseum digital assets (collectively referred to herein as the "**VERI Tokens**") and am a duly elected member of the seven-person advisory board that governs Veri DAO, an unincorporated, decentralized autonomous organization composed of individuals and entities who hold and govern the Veri Token through blockchain-based coordination mechanisms. As such, I have firsthand knowledge of the damages sustained by Veri DAO members as a result of the judgment obtained in the above-entitled matter.

3.     I make this Supplemental Declaration in support of Veri DAO's supplemental letter brief of *amicus curiae*, which is offered in support of Defendants' FRCP 60(D)(3) Motion to Vacate Order for Fraud Upon the Court.

4.      On July 9, 2025, I received correspondence from the United States Securities and Exchange Commission regarding to Freedom of Information Act (FOIA), 5 U.S.C. § 552, Requests that I had submitted to the SEC in relation to this matter ("Biethman SEC FOIA requests"). A true and correct copy of that July 9, 2025 electronic mail correspondence is attached hereto as **Exhibit A**.

5.      The July 9, 2025 correspondence from the SEC, referred to directly above, contained two attachments.

6.      The first attachment, titled "25-00016-REMD SEC Final Response", contains a letter, dated July 9, 2025, from Aaron Taylor, FOIA Branch Chief of the SEC. A true and correct copy of that letter is attached hereto as **Exhibit B**.

7.      The second attachment, titled "25-00016-REMD Enclosure", contains 19 pages of supplemental records provided by the SEC in response to the Biethman SEC FOIA Requests. A true and correct copy of those 19 pages of records is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2025.


Michael Biethman
Member of Veri DAO

# EXHIBIT A

**From:** MitchellJu@sec.gov  📎 
**Subject:** 25-00016-REMD SEC Response
**Date:** July 9, 2025 at 4:00 PM
**To:** michael.biethman@gmail.com
**Cc:** taylora@sec.gov

Please find attached the response to the above referenced request. Thank you.

 25-00016-REMD...ure.pdf    25-00016-REMD...se.pdf

# EXHIBIT B



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

July 9, 2025

Mr. Michael Biethman
3951 Coachella Drive
St. Louis, MO 63125

　　　RE:　Freedom of Information Act (FOIA), 5 U.S.C. § 552
　　　　　Request No.'s 24-04057-FOIA & 24-04058-FOIA, 25-00037-
　　　　　APPS; **25-00016-REMD**

Dear Mr. Biethman:

　　　This letter is in response to your request number 25-00016-
REMD, received in this office on September 6, 2024, appealed
October 31, 2024, and remanded back to our office on December 3,
2024, for the following information:

　　　"(1) any communication between the above-named persons (SEC
employees, SEC hired expert witness) and Payward Inc. and/or
Payward Ventures Inc., known as Kraken, regarding the SEC v.
Middleton et al. investigation from April 1, 2017, to August 31,
2019; and
　　　(2) a copy of any SEC subpoenas issued to Payward Inc. and
Payward Ventures Inc., together known as Kraken, regarding the
investigation of Reggie Middleton, Veritaseum LLC, and Veritaseum
Inc. from April 1, 2017, to August 31, 2019."

　　　On September 17, 2024, our office informed you the search did
not locate any responsive records in response to request 24-04057-
FOIA.

　　　On October 25, 2024, released to you 84 pages of records in
part and asserted FOIA Exemptions 4, 6, and 7(C) to withhold
certain information in response to request 24-04058-FOIA.

　　　On October 31, 2024, you filed an appeal (1) seeking an
explanation for why the FOIA Office split your requests into two
separate requests, (2) challenging the adequacy of the search in
response to Request No. 24-04057-FOIA, and (3) made objections
regarding the withholdings under Exemptions 4, 6, and 7(C).

Michael Biethman                              24-04057-FOIA
July 9, 2025                                  24-04058-FOIA
Page 2                                        25-00037-APPS
                                              **25-00016-REMD**


On November 18, 2024, you emailed additional observations pertaining to the appeal to the FOIA office as related to request 24-04058-FOIA and the October 31, 2024, appeal.

On December 3, 2024, Office of the General Counsel (OGC) remanded the appeal in part, for further review, for a renewed search in response to 24-04057-FOIA and further review of responsive records concerning specifically the application of Exemption 4, in response to 24-04058-FOIA.

On December 10, 2024, our office sent a request for clarification concerning the specific investigation you were seeking records as related to request 24-04057-FOIA. On December 13, 2024, you responded with a letter addressing the request scope, additional investigations not originally requested, along with additional details concerning correspondence and keyword searches. On December 16, 2024, you sent another letter to the General Counsel's office requesting additional considerations and clarifications related to the appeal and remand.

On February 14, 2025, our office received an email requesting specific updates concerning this remand and a new request for a Vaughn index. On this same date, we responded to your inquiry and advised you no Vaughn Index will be provided as this is only provided to the federal courts.

On February 24, 2025, we informed you that we would be unable to respond to your request within the Freedom of Information Act's twenty-day statutory time period due to unusual circumstances. We further advised that after a renewed search, we identified a voluminous amount of data that may be responsive to your request and that your request would be placed in our complex track for processing, unless you would like to discuss ways in which you could narrow the scope of your request.

On February 25, 2025, you requested expedited processing in accordance with 5 U.S.C. § 552(a)(6)(E)(i), a fee waiver or reduction of fees, and provided a narrowed scope of the request as follows:

Michael Biethman                              24-04057-FOIA
July 9, 2025                                   24-04058-FOIA
Page 3                                         25-00037-APPS
                                              **25-00016-REMD**

- Only the full, unredacted Kraken/Payward, Inc./Payward Ventures, Inc. subpoena responses; and

- Any communications between Kraken and the SEC pertaining to ownership of the subject account(s).

On February 27, 2025, we responded to the renewed request for a Vaughn Index and advised this would not be provided. We also confirmed the narrowed scope request and responded to your expedited processing and fee waiver requests.

April 16, 2025, we advised you, although you narrowed the scope of your request, the records that you sought still qualified for processing under the complex track.

On April 22, 2025, you narrowed the scope as follows:

"To avoid further confusion or delay, I request:

1.   A specific search for the seven reply emails from **lawenforcement@kraken.com** to Jorge Tenreiro, or any other attorney dealing with said subpoenas.
2.   Given the narrow scope of this request, please provide a targeted update or a staged release within 20 days, separate from your broader 'Complex Track' processing.
3.   A formal reconsideration of the 36+ month delay in light of the narrow scope and public interest.

If these responses to the seven subpoenas are still not located, I request a written explanation of why they cannot be found, and what custodians, date ranges, and email addresses were searched during the remand."

On July 1, 2025, you requested further information from that provided by the Office of the General Counsel, and further clarification concerning the closure of request 24-04057-FOIA, as well as the identification of staff names and positions.

Michael Biethman                          24-04057-FOIA
July 9, 2025                              24-04058-FOIA
Page 4                                    25-00037-APPS
                                          **25-00016-REMD**

        On this same date our office responded to your inquiry
concerning the specific circumstance related to the closure and
remand concerning request 24-04057-FOIA.  We also advised there
are certain protections concerning the identities of staff names
and information.

        Access is granted, in part, to the enclosed 19 pages of
records, except for certain portions being withheld under 5
U.S.C. § 552(b)(4), (6) and (7)(C), for the following reasons:

- Exemption 4 protects commercial or financial information
  obtained from a person that is privileged or
  confidential, and (a) is customarily treated as private
  by the submitter and (b) was provided to the Commission
  under an assurance of confidentiality.

- Under Exemption 6, the release of these records would
  constitute a clearly unwarranted invasion of personal
  privacy.

- Under Exemption 7(C), the release of the information
  could reasonably be expected to constitute an unwarranted
  invasion of personal privacy.  Further, public
  identification of Commission staff could conceivably
  subject them to harassment in the conduct of their
  official duties and in their private lives.

        Please be advised that we have considered the foreseeable
harm standard in preparing this response.

        I am the deciding official with regard to this adverse
determination.  You have the right to appeal my decision to the
SEC's General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR §
200.80(f)(1).  The appeal must be received within ninety (90)
calendar days of the date of this adverse decision.  Your appeal
must be in writing, clearly marked "Freedom of Information Act
Appeal," and should identify the requested records.  The appeal
may include facts and authorities you consider appropriate.

Michael Biethman                          24-04057-FOIA
July 9, 2025                              24-04058-FOIA
Page 5                                    25-00037-APPS
                                          **25-00016-REMD**


 

 

 

 

 

You may file your appeal by completing the online Appeal form located at https://www.sec.gov/forms/request_appeal, or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.

If you have any questions, please contact me at taylora@sec.gov or (202)551-8318. You may also contact me at foiapa@sec.gov or (202)551-7900. You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202)551-7900. For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

Sincerely,

Aaron Taylor
FOIA Branch Chief


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov. Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

# EXHIBIT C

| | |
|---|---|
| **From:** | Nicole Madison |
| **To:** | Tenreiro, Jorge |
| **Subject:** | Veritaseum, Inc. NY 9755[WARNING : MESSAGE ENCRYPTED] |
| **Date:** | Thursday, May 31, 2018 7:15:04 PM |
| **Attachments:** | Security Envelope - Veritaseum, Inc. NY 9755.pdf |

Hi Jorge,

Attached, please find an Adobe security envelope containing documents and data to fulfill your subpoena request for US residents serviced by Payward Ventures, Inc.

    The security envelope is password-protected; the password will be sent to you via a separate email.

Best regards,

Nicole Madison
Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

| | |
|---|---|
| **From:** | Nicole Madison |
| **To:** | Suthammanont, Victor |
| **Cc:** | Tenreiro, Jorge |
| **Subject:** | Re: In re Veritaseum, Inc. (NY-09755)[WARNING : MESSAGE ENCRYPTED] |
| **Date:** | Thursday, August 09, 2018 8:14:18 PM |
| **Attachments:** | Security Envelope - Veritaseum, Inc. (NY-9755).pdf |

Hello,

Attached, please find an Adobe security envelope containing documents and data to fulfill your subpoena request.

The security envelope is password-protected; the password will be sent to you via a separate email.

Best regards,

Nicole Madison
Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

On 7/26/18 8:28 AM, Nicole Madison wrote:

Hello Victor and Jorge,

We are confirming we have received this request and have been able to locate one associated account/transaction. We will begin the process of collecting the requested information and will return that to you in the near future.

Please let me know if you have any questions.

Best regards,

Nicole Madison
Compliance Associate | Kraken
lawenforcement@kraken.com
   www.kraken.com

On 7/23/18 2:07 PM, Suthammanont, Victor wrote:

Please see the attached subpoena and cover letter.

Regards,

**Victor Suthammanont**
Senior Counsel

U.S. Securities and Exchange Commission | Division of Enforcement | New York Regional Office | 200 Vesey Street, Suite 400 | New York, NY 10281-1022 | t (b)(6), (b)(7)(C) @sec.gov

| From: | Law Enforcement |
|---|---|
| To: | Suthammanont, Victor; Tenreiro, Jorge |
| Subject: | Subpoena Fulfillment - Veritaseum, Inc. (NY-09755) - (812)[WARNING : MESSAGE ENCRYPTED] |
| Date: | Monday, July 15, 2019 4:54:59 PM |
| Attachments: | Security Envelope - 812.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Attached, please find an Adobe security envelope containing documents and data to fulfill your subpoena request. 

The security envelope is password-protected; the password will be sent to you in a separate email, to follow.

Best regards,

Christina Jolls

Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

| | |
|---|---|
| **From:** | Nicole Madison |
| **To:** | Suthammanont, Victor |
| **Subject:** | In the Matter of Veritaseum, Inc. (NY-9755)[WARNING : MESSAGE ENCRYPTED] |
| **Date:** | Tuesday, March 5, 2019 6:27:29 PM |
| **Attachments:** | Security Envelope - 559.pdf |

Hello,

Attached, please find the first of two Adobe security envelopes containing documents and data to fulfill your subpoena request. ⌗⌗⌗

The security envelopes are password-protected; the password will be sent to you via a separate email.

Best regards,

Nicole Madison
Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

| | |
|---|---|
| **From:** | Nicole Madison |
| **To:** | Suthammanont, Victor |
| **Subject:** | Re: In the Matter of Veritaseum, Inc. (NY-9755)[WARNING : MESSAGE ENCRYPTED] |
| **Date:** | Tuesday, March 5, 2019 6:30:22 PM |
| **Attachments:** | Security Envelope 2 - 559.pdf |

Hello,

Attached, please find the second and final security envelope containing
data and documents to fulfill your subpoena request.

The security envelopes are password protected, the password will be sent
to you via a separate email.

Best regards,

Nicole Madison
Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

On 3/5/19 15:24, Nicole Madison wrote:
> Hello,
>
> Attached, please find the first of two Adobe security envelopes
> containing documents and data to fulfill your subpoena request. ￼
>
> The security envelopes are password-protected; the password will be sent
> to you via a separate email.
>
> Best regards,
>
> Nicole Madison
> Compliance Associate | Kraken
> lawenforcement@kraken.com
> www.kraken.com
>

## ENF-Centralized Production Unit

**From:**        Kraken – Law Enforcement Contact <lawenforcement@kraken.com>
**Sent:**        Friday, April 19, 2019 12:14 PM
**To:**        Suthammanont, Victor
**Subject:**        Re: Address Verification

Hi Victor,

Thank you for confirming the address.

We have sent an encrypted USB drive containing a security envelope with all of the data and requested information for subpoena, Veritaseum, Inc. (NY-09755).

Once this is received the password to open the security envelope encrypted in the USB drive is:
(b)(6), (b)(7)(C)

The tracking number for the USB drive is FedEx (b)(6), (b)(7)(C)

Best Regards,

Mandie Labun

Compliance Associate | Kraken

lawenforcement@kraken.com

www.kraken.com

On 4/18/19 2:51 PM, Suthammanont, Victor wrote:

> The address to mail the USB drive to is:
> ENF-CPU, U.S. Securities and Exchange Commission, 100 F St., N.E., Mailstop 5973, Washington, DC 20549-5973
>
> Let me know if you have any questions.

' Victor

**From:** Kraken - Law Enforcement Contact <lawenforcement@kraken.com>
**Sent:** Thursday, April 18, 2019 5:49 PM
**To:** Suthammanont, Victor (b)(6); (b)(7)(C) @SEC.GOV>
**Subject:** Address Verification

Hello Mr. Suthammanont,

We are finalizing the data package regarding subpoena, Veritaseum, Inc. (NY-09755).

Due to the file size we are unable to email the data and will need to mail an encrypted USB drive to you.

Please verify the best address to send this drive too.


Once this is received we will send you a tracking number and password to the encrypted USB drive.

Thank you in advance.

Mandie Labun
Compliance Associate|Kraken
lawenforcement@kraken.com
www.kraken.com

| From: | ███████ |
|---|---|
| Sent: | Monday, April 22, 2019 3:32 PM |
| To: | ENF-Centralized Production Unit |
| Cc: | (b)(6); (b)(7)(C) |
| Subject: | FW: Need Case Number ███████ |
| Attachments: | Re: Address Verification |

**From:** Suthammanont, Victor
**Sent:** Monday, April 22, 2019 3:31 PM
**To:** (b)(6); (b)(7)(C) ███████
**Cc:** ███████
**Subject:** RE: Need Case Number (b)(6); (b)(7)(C) ███████

The case number is NY-09755.

Please see the attached email for the producing party (Kraken) and the password.

Thanks!

**From:** (b)(6); (b)(7)(C) ███████ @sec.gov>
**Sent:** Monday, April 22, 2019 3:28 PM
**To:** Suthammanont, Victor (b)(6); (b)(7)(C) ███████ @SEC.GOV>
**Cc:** (b)(6); (b)(7)(C) ███████ @sec.gov> (b)(6); (b)(7)(C) ███████ @SEC.GOV>
**Subject:** FW: Need Case Number (b)(6); (b)(7)(C) ███████

Victor,

Can you provide the case number for this?

Thanks,
(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) ███████
**Sent:** Monday, April 22, 2019 1:16 PM
**To:** (b)(6); (b)(7)(C) ███████
**Cc:** ENF-Centralized Production Unit; (b)(6); (b)(7)(C) ███████ (b)(6); (b)(7)(C) ███████
**Subject:** Need Case Number (b)(6); (b)(7)(C) ███████

Good afternoon,

Please advise as to the case number for the attached production? Thumb drive is password protected, password was not provided.

1





[FOR DOMESTIC U.S.
RECORDS]

## DECLARATION OF DAVID KIRK CERTIFYING
## RECORDS OF REGULARLY CONDUCTED BUSINESS
## ACTIVITY

I, the undersigned, David Kirk, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Payward Ventures, Inc. as the Law Enforcement Production
Supervisor and by reason of my position am authorized and qualified to make this
declaration.

2. I certify that the documents submitted herewith are true copies of records that were:

(a) made at or near the time of the occurrence of the matters set forth therein, by, or from
information transmitted by, a person with knowledge of those matters;

(b) kept in the course of regularly conducted business activity; and

(c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on
June 11, 2019.


*Dave Kirk*
—          ____
David Kirk

No cover letter provided.  Scan of media and mailer follows this page.





ORIGIN ID:APCA    (209) 336-6052
CAITLIN KOZUMA

237 KEARNY STREET
102
SAN FRANCISCO, CA 94108
UNITED STATES US

SHIP DATE: 12JUN19
ACTWGT: 1.00 LB
CAD: 110570328/INET4100

BILL SENDER

TO  **ENF-CPU**

**U.S. SECURITIES AND EXCHANGE COMMIS**

**100 F ST., N.E.**

**MAILSTOP 5973**

**WASHINGTON DC 20549**

(209) 336-6052          REF
INV
PO:                     DEPT

FedEx
Express

E

FedEx
TRK#  7754 5550 8282
0201

FRI – 14 JUN AA
** 2DAY ** 4:30P
)AY **

**TG YKNA**

20549
DC – US  IAD )549
IAD

#3699039 06/12 565J1/B210/23AD

| | |
|---|---|
| **From:** | Law Enforcement |
| **To:** | Suthammanont, Victor; Tenreiro, Jorge |
| **Subject:** | Subpoena Fulfillment - Veritaseum, Inc. (NY-09755) - (812)[WARNING : MESSAGE ENCRYPTED] |
| **Date:** | Monday, July 15, 2019 4:54:59 PM |
| **Attachments:** | Security Envelope - 812.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Attached, please find an Adobe security envelope containing documents and data to fulfill your subpoena request.

The security envelope is password-protected; the password will be sent to you in a separate email, to follow.

Best regards,

Christina Jolls

Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

| From: | Law Enforcement |
|---|---|
| To: | Tenreiro, Jorge; pauls@kraken.com; stevec@kraken.com |
| Cc: | Suthammanont, Victor; davek@kraken.com |
| Subject: | Re: Matter of Veritaseum, Inc., NY 9755[WARNING : MESSAGE ENCRYPTED] |
| Date: | Friday, August 02, 2019 2:19:03 PM |
| Attachments: | image001.png |
| | Security Envelope - 08022019.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We have reviewed the provided wallet addresses and transaction id's and were able to locate 2 associated accounts. The documentation for these accounts was provided to you with our initial subpoena fulfillment sent on 07/15/2019 (accounts ending in (b)(4)            ).  As these are the same accounts which were referenced previously, the only new documentation we have at this time is updated account balances for both accounts.  We will provided updated ledger, account, IP and cookie match records as soon as possible.

There have been no new communication records with the clients, identification documents, account holders, or new linked accounts that I can see at this time.  For account opening documents, correspondence, client information, etc., please refer to the security envelope sent on July 15th.

Additionally, confirming per your guidance, the aforementioned accounts will not be frozen at this time.

The security envelope is password protected.  The password will be sent in a separate email, to follow.  Please let me know if you have any questions.

Regards,

Christina Jolls

Compliance Associate | Kraken
lawenforcement@kraken.com
www.kraken.com

On 8/2/19 7:31 AM, Tenreiro, Jorge wrote:

> As per our conversation a few moments ago, attached is our subpoena.  We look
> forward to hearing from you and appreciate your prompt reply.

**Jorge G. Tenreiro** | Senior Trial Counsel

U.S. Securities and Exchange Commission
Division of Enforcement
New York Regional Office
200 Vesey Street, Suite 400



ument 126-1

# 4129



New York, NY 10281
(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @sec.gov

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.