

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**DIVISION OF ENFORCEMENT**

July 28, 2025

**Via ECF**

The Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *SEC v. Reginald Middleton*, Case No. 1:19-cv-4625-WFK-VMS

Dear Judge Kuntz,

The SEC would like to update the Court that, in response to counsel's concern that the CFAR that the SEC served on Defendants in January 2025 and provided to Mr. Seibert on July 24, 2025, is incomplete, we have consulted the Commission's Tax Administrator, Miller Kaplan. Miller Kaplan confirmed that the CFAR is complete and correct, and explained the non-sequential page numbering as follows: the pagination is not sequential, because the SEC's Office of Financial Management ("OFM") was required to update its part of the CFAR after adding transactions that occurred post January 31, 2024, which were the payment of MKA fees for the preparation of the CFAR and return of an overpayment. When OFM updated the Excel file, each tab was printed separately which caused each tab to have separate page numbers. If the entire workbook had been printed at the same time, then the page numbers would have been sequential, and would have been as follows:

    Exhibit A should be page 2

    Exhibit B should be page 3-7

    Exhibit C starts at page 8

Because the OFM and the summary portions were updated, the accounting on these pages is through November 8, 2024; whereas the plan administrator and tax administrator portions are through January 31, 2024.

The SEC would also briefly like to address Mr. Seibert's allegation that it has declined his requests to confer. The undersigned had not accepted Mr. Seibert's offers to speak on the phone but has been, and remains, very responsive to his emails. Mr. Seibert chose to move this

Court to compel the SEC to produce documents before giving the SEC a fair opportunity to identify and address his concerns.

        Sincerely,

        */s/ Allison J.P. Moon*

        Allison J.P. Moon
        Attorney for Plaintiff
        U.S. Securities and Exchange Commission
        100 F Street NE
        Washington, DC 20549
        Tel: (202) 551-3015
        Email: moona@sec.gov

Cc: Magistrate Judge Scanlon and all parties on the docket.