

July 28, 2025

By ECF

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  RE: SEC v. Reginald Middleton, et al., No. 19 Civ. 4625 (WFK) (VMS)
   The court should compel the Securities and Exchange Commission to provide all documents related to the accounting and publish (via PACER).

Dear Judge Scanlon:

  Ms. Moon states in DE 135 that the Tax Administrator confirmed that the CFAR is complete and correct; however, there is no offer of affidavit or declaration from any person providing the alleged information that it is accurate. As such, the claim is unsupported and should be rejected. Further, the record is clear, and Ms. Moon does not deny, that quarterly accounting information is, in fact, missing.

  Also, Ms. Moon claims that she's been responsive to email requests for conferral. Attached as Exhibit A to this letter is the email correspondence between myself and Ms. Moon where I request conferral on an objection, and she directly rejects said request stating that she is ready to go to briefing.

  As the court has not spoken on the motion to compel, Defendants shall include these issues within the objections. The objection due today by Defendants was served upon Ms. Moon of the SEC via EMAIL at approximately 7:25pm EST. Counsel for the amici was served as well.

          Respectfully submitted,

          s/ Franklin Jason Seibert
          Franklin Jason Seibert
          Seibert Law
          *Pro Hac Vice*, ECF Order (103)
          971-235-5764, jason@seibert-law.com

cc: all parties and counsel on the docket (via ECF)