

**RE: Final Accounting Copy**

Moon, Allison <MoonA@SEC.GOV>
To: Jason Seibert; Seth McCauley
Cc: Pecaro, Susan; Kuruvilla, Ben; Murphy, J. Emmett

Hello Mr. Seibert,

Thank you for the offer, but we are prepared to proceed with briefing as scheduled.

**Allison J.P. Moon**
OFFICE   +1 202 551 3015
MOBILE   +1 202 718 4759

**From:** Jason Seibert <jason@seibert-law.com>
**Sent:** Thursday, July 24, 2025 11:05 AM
**To:** Moon, Allison <MoonA@SEC.GOV>; Seth McCauley <seth.mccauley@kennyhertzperry.com>
**Cc:** Pecaro, Susan <PecaroS@SEC.GOV>; Kuruvilla, Ben <Kuruvillabe@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Subject:** Re: Final Accounting Copy

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Moon,

Do you require additional time to get up to speed?

Defendants would stipulate to an extension to account for your needs. Please note, the accounting fails to note legitimate business expense at all.

I would like to schedule a time to speak with you on these matters.

Jason

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Moon, Allison <MoonA@SEC.GOV>
**Sent:** Thursday, July 24, 2025 9:58:49 AM
**To:** Jason Seibert <jason@seibert-law.com>; Seth McCauley <seth.mccauley@kennyhertzperry.com>
**Cc:** Pecaro, Susan <PecaroS@SEC.GOV>; Kuruvilla, Ben <Kuruvillabe@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Subject:** RE: Final Accounting Copy

Hello Mr. Seibert,

My name is Allison Moon, and I will be appearing as the Distributions attorney for this matter. The previous Distributions attorney, Cathi Pappas, has retired, and the withdrawal on 3/21/2025. Let me start by saying that Ms. Pappas initiated this motion, and I do not have first hand knowledge of what was served on your client. My