UNITED STATES DISTRICT YORK

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> *Plaintiff,* <br> v. <br> REGINALD ("REGGIE") MIDDLETON, VERITASEUM, INC., and VERITASEUM, LLC, <br> *Defendants.* | Case No: 19-CV-4625 (WFK) (VMS) <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendants REGINALD ("REGGIE") MIDDLETON, VERITASEUM, INC., and VERITASEUM, LLC, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the order denying Defendants' Federal Rules of Civil Procedure Motion 60(D)(3) Motion to Vacate Order for Fraud Upon the Court (E.C.F. #118) entered in this action on July 14, 2025.

Dated: New York, New York
September 8, 2025

Respectfully submitted,

The Law Office of Janine Gilbert, Esq. PLLC

*/s/ Janine M. Gilbert*

Janine Gilbert, Esq.
The Law Office of Janine Gilbert, Esq. PLLC
31 West 34th Street
8th Floor Suite 8129
New York, NY 10001
Telephone: (646) 799-7348
Email: Janine.gilbert.esq@gmail.com
*Counsel for Reginald ("Reggie") Middleton, VERITASEUM, INC., and VERITASEUM, LLC*