

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

December 19, 2025

**Via ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *SEC v. Reginald Middleton*, Case No. 1:19-cv-4625-WFK-VMS

Dear Magistrate Scanlon,

  The Court directed the SEC and Defendants on December 9, 2025, to each file a letter by December 23, 2025, which addresses whether, in light of the Notice of Appeal having been filed, the Court should proceed with consideration of the Motion, or whether the Motion should be stayed pursuant to Fed. R. App. P. 8, pending resolution of Defendants' appeal. Defendants responded on December 10, 2025, and asked the Court to grant them leave to file a motion to stay the SEC's Motion or to consider their letter as a motion to stay pending appeal.

  The SEC agrees that its Motion to for an Order Approving the Consolidated Final Accounting Report, Discharging the Distribution Agent, Terminating the Fair Fund, and Related Relief, ECF No. 141, should be stayed pending resolution of Defendants' appeal. We have no objection to Defendants' request for a stay.

              Sincerely,

              */s/ Allison Moon*

              Allison J.P. Moon
              Counsel for the U.S. Securities and
              Exchange Commission