

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

December 19, 2025

**Via ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *SEC v. Reginald Middleton*, Case No. 1:19-cv-4625-WFK-VMS

Dear Magistrate Scanlon,

      The SEC respectfully requests an extension until January 23, 2026, to create and produce the quarterly accountings required under the Consent Judgment, ECF No. 61. On December 9, 2025, the Court granted Defendants' motion to compel the production of these accountings and ordered the SEC to file, in one document, the quarterly accounting reports for each quarter for which a quarterly report was submitted, ECF Nos. 83-94, by December 23, 2025.

      The SEC has consulted the Distribution Agent, Holland & Knight LLP, and the sub-agent, RCB Fund Services LLC, to determine the amount of work necessary and the time they will require to generate these reports. RCB stated that, to prepare twelve quarterly accounting reports, it will need to:

- Review the twelve status reports previously filed with the Court;
- Review escrow bank records for each of the relevant twelve quarters;
- Prepare quarterly accounting reports for each quarter in which a quarterly report was submitted, detailing: (i) account balances; (ii) funds earned or received; (iii) distributions to eligible claimants; and (iv) amounts paid for fees, expenses, and taxes incurred in the administration of the Veritaseum Fair Fund;
- Confer with Holland & Knight to compile, review, and finalize the quarterly accounting reports;
- Confirm with Holland & Knight the status of any cryptocurrency holdings and the timing of any related liquidation activity; and
- Confer with Commission staff regarding the content and format of the quarterly accounting reports.

      The SEC, on behalf of Holland & Knight and RCB Fund Services, request that the due date to produce the quarterly accountings be extended to January 23, 2026, to allow sufficient time for RCB to complete this work. On December 19, 2025, shortly before this filing, the SEC agreed to stay its Motion for an Order Approving the Consolidated Final Accounting Report, Discharging the Distribution Agent, Terminating the Fair Fund, and Related Relief (the "Motion"), ECF No. 141, pending the outcome of Defendants' appeal. Considering that the Motion will likely be stayed, this extension will not prejudice Defendants, as they will have ample time to review the accountings before the Court decides the Motion.

      Sincerely,

      Allison J.P. Moon
      Counsel for the U.S. Securities and
      Exchange Commission