**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

REGINALD ("REGGIE") MIDDLETON,
VERITASEUM, INC., AND VERITASEUM, LLC,

Defendants.

**19 CIV. 4625 (WFK) (RER)**

**ECF CASE**

**DECLARATION OF JOSIAS
N. DEWEY ON BEHALF OF
HOLLAND & KNIGHT LLP
AS DISTRIBUTION AGENT**

I, Josias N. Dewey, partner of Holland & Knight LLP, the Court-appointed Distribution Agent in the above-captioned matter (the "Distribution Agent"), declare under penalties of perjury:

1. On August 12, 2019, the undersigned was appointed as the Independent Intermediary pursuant to the Temporary Restraining Order Freezing Assets, Requiring Defendants to Show Cause, and Granting Other Relief. *See* ECF No. 9.

2. Pursuant to same, the undersigned provided Defendant Middleton with one or more Ethereum and Bitcoin addresses, and, on August 21 and 22 of 2019, Defendant Middleton transferred the digital assets identified on Schedule A of ECF No. 55 to those addresses.

3. As reflected on the schedule, Defendant Middleton transferred a total of 37,960.02503 ETH and 42.768 BTC.

4. On November 28, 2019, an additional 900.50 ETH was transferred from digital asset exchange Kraken relating to Defendants' assets. In total, the undersigned held 38,860.52503 ETH and 42.768 BTC pursuant to the Court's Order.

5.      All relevant transactions from the Defendant to the undersigned can be seen on the blockchain under Ethereum address 0x8b7a8437948fCFF9CFA1c7E964Ff93026046fe17 and Bitcoin address 3C916vqvh8xWNjtTnBmZyZNHKjXSbCLd8F.

6.      The above referenced Ethereum and Bitcoin addresses were dedicated addresses generated by Coinbase for the purpose of assisting the undersigned with taking custody of and safeguarding the digital assets.

7.      Coinbase, like most digital asset exchanges, utilizes unique wallet addresses, like the aforementioned, for user deposits. Upon such a deposit, the user's account at Coinbase is credited the equivalent value of the asset deposited, much like an escrow account would be credited at any other traditional financial institution.

8.      However, considering the technical nature of digital assets, Coinbase transfers and aggregates the assets via secondary transactions from the individual deposit addresses in a similar fashion as any other financial institution would engage in with respect to cash being brought into a branch for a deposit. The assets involved here were Ethereum and Bitcoin, which are each fungible assets, much like a U.S. dollar. In these circumstances, a user does not hold a proprietary claim to a digital asset deposited at Coinbase, but it rather holds a right to redeem an equivalent amount of the asset.

9.      The user does not control these secondary transactions, much like it doesn't control what the bank does with any specific deposit, and these secondary transactions are not in any way tied to the user's account. The secondary transactions do not affect the value of the user's account or the user's ability to withdraw an equivalent amount of assets on demand.

10.     At all times relevant, the transferred digital assets were adequately and appropriately protected. As discussed below, the value and amount of the digital assets from the time of receipt through liquidation are entirely accounted for.

11.     Coinbase was at the time, and remains today, a highly respected and trusted custodian for a variety of digital assets, including the digital assets involved in this case. As a well-capitalized, insured, centralized exchange, Coinbase possessed robust safeguards that provided additional safeguards as compared to self-custody. This was true, especially in 2019 when the infrastructure for digital assets was not nearly as developed as it is today.

12.     For example, Coinbase is located in the United States, requires multifactor authentication, holds insurance related to its hot wallets, and provides readily available customer support, especially for enterprise level accounts. Coinbase also provides support for the liquidation of assets held by court appointed fiduciaries, like in this case.

13.     Attached as **Exhibit 1** is a true copy of the account statements for the Coinbase custodial account, which reflects deposits of all ETH and BTC identified on Schedule A of ECF No. 55.

14.     On August 5, 2020, the Court granted the undersigned's request for authorization to liquidate to cash the above referenced digital assets. *See* ECF No. 72.

15.     Pursuant to such order, the undersigned, in coordination with Coinbase's over-the-counter team, liquidated the entirety of the digital assets via the following transactions:

| Date | Number of Tokens | Price per Token | Net Total USD[1] |
|------|------------------|-----------------|------------------|
| 8/10/2020 | 42.77114874 BTC | $11,803.38 | $504,339.27 |
| 8/11/2020 | 5,193.26744808 ETH | $385.11 | $1,998,000.00 |
| 8/11/2020 | 5,211.29590077 ETH | $383.78 | $1,998,000.00 |
| 8/11/2020 | 4,205.80685676 ETH | $380.11 | $1,597,088.22 |

[1] The net amount reflects Coinbase's transaction fees associated with the liquidating transactions.

| 8/12/2020 | 1,945.66414214 ETH | $375.41 | $729,691.35 |
| 8/12/2020 | 4,744.47218673 ETH | $384.81 | $1,823,878.51 |
| 8/12/2020 | 1,178.16468124 ETH | $381.95 | $449,550.00 |
| 8/12/2020 | 377.96832046 ETH | $381.95 | $144,220.64 |
| 8/12/2020 | 5,199.58660348 ETH | $384.55 | $1,997,494.77 |
| 8/12/2020 | 5,188.38090424 ETH | $385.48 | $1,998,000.00 |
| 8/13/2020 | 4,479.13911769 ETH | $390.93 | $1,749,289.12 |
| 8/13/2020 | 1,136.7964523 ETH | $390.70 | $443,702.23 |
| | | TOTAL | $15,433,254.11 |

16.     As the account transactions were conducted by Coinbase's over-the-counter desk, the individual transactions are not reflected in the account statements. However, the receipts from each of these liquidation trades are attached as **Composite Exhibit 2**.

17.     As reflected above, the total amount of ETH liquidated was 38,860.54 ETH and the total amount of BTC liquidated was 42.77 BTC.

18.     As shown in the account statement (Exhibit 1), the above referenced Net Total was deposited back into the custodial account on August 20, 2020, at 22:50:05 UTC.

19.     On August 20, 2020, the undersigned transferred $15,433,258.94 from the Coinbase account to the United States Treasury. The wire record is reflected in **Exhibit 3**, as well as the four withdrawal transactions on Exhibit 1 between 23:01:49 – 23:02:05 UTC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026.                                Respectfully submitted,

                                                                    */s/ Josias Dewey*                              
                                                                    Josias N. Dewey
                                                                    Holland & Knight LLP
                                                                    701 Brickell Avenue, Suite 3300
                                                                    Miami, Florida 33131
                                                                    305-789-7746
                                                                    joe.dewey@hklaw.com

                                                                    *Court-appointed Distribution Agent for the*
                                                                    *Veritaseum Fair Fund*

# Exhibit 1

## Account Statements for the Coinbase Custodial Account

**coinbase**

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Josias Dewey

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2019-01-01 00:00:00 UTC | Type: all | alex.englander@hklaw.com |
| To 2025-12-31 23:59:59 UTC | Asset: all | 209edcb7-d7e3-568b-971b-414920379813 |

## Portfolio summary

Portfolio summary balances are as of 2025-12-31 23:59:59 UTC

| Asset | Quantity as of 2025-12-31 23:59:59 UTC | Market Price as of 2025-12-31 23:53:00 UTC | Market Value as of 2025-12-31 23:53:00 UTC |
|---|---|---|---|
| ETH | 0.00000007 | 2965.245 USD/ETH | 0 USD |

Total Market Value
0 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2023-11-12 02:59:00 UTC | Pro Withdrawal | ETH | 0.00000007 | USD | $2042.925 | $0.00014 | $0.00014 | |
| 2020-08-20 23:02:05 UTC | Withdrawal | USD | -5000000 | USD | $1.00 | $5000000.00 | $5000000.00 | Withdrawal to admin |
| 2020-08-20 23:02:00 UTC | Withdrawal | USD | -5000000 | USD | $1.00 | $5000000.00 | $5000000.00 | Withdrawal to admin |
| 2020-08-20 23:01:56 UTC | Withdrawal | USD | -5000000 | USD | $1.00 | $5000000.00 | $5000000.00 | Withdrawal to admin |
| 2020-08-20 23:01:49 UTC | Withdrawal | USD | -433258.94 | USD | $1.00 | $433258.94 | $433258.94 | Withdrawal to admin |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2020-08-20 23:01:05 UTC | Receive | USD | 0.85 | USD | $1.00 | $0.85 | $0.85 | Received 0.85 USD from Coinbase |
| 2020-08-20 23:00:23 UTC | Receive | USD | 4 | USD | $1.00 | $4.00 | $4.00 | Received 4 USD from Coinbase |
| 2020-08-20 22:58:46 UTC | Admin Adjustment | USDC | -0.005871 | USD | $1.00 | -$0.00587 | -$0.00587 | |
| 2020-08-20 22:58:46 UTC | Admin Adjustment | OMG | -1 | USD | $5.39565 | -$5.39565 | -$5.39565 | |
| 2020-08-20 22:56:38 UTC | Admin Adjustment | USD | -0.85 | USD | $1.00 | -$0.85 | -$0.85 | |
| 2020-08-20 22:55:41 UTC | Exchange Withdrawal | USDC | 0.005871 | USD | $1.00 | $0.00587 | $0.00587 | |
| 2020-08-20 22:53:34 UTC | Receive | USD | 0.84 | USD | $1.00 | $0.84 | $0.84 | Received 0.84 USD from Coinbase |
| 2020-08-20 22:50:29 UTC | Receive | USD | 0.01 | USD | $1.00 | $0.01 | $0.01 | Received 0.01 USD from Coinbase |
| 2020-08-20 22:50:05 UTC | Exchange Withdrawal | USD | 15433254.09 | USD | $1.00 | $15433254.09 | $15433254.09 | |
| 2020-08-10 22:53:06 UTC | Pro Deposit | BTC | -42.77114874 | USD | $11827.445 | -$505873.40931 | -$505873.40931 | |
| 2020-08-10 22:52:41 UTC | Pro Deposit | ETH | -3860.54261397 | USD | $395.005 | -$1524933.63523 | -$1524933.63523 | |
| 2020-08-10 22:52:17 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:51:58 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:51:33 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:51:13 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:50:50 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:50:21 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-08-10 22:49:26 UTC | Pro Deposit | ETH | -5000 | USD | $395.005 | -$1975025.00 | -$1975025.00 | |
| 2020-05-21 17:57:55 UTC | Receive | OMG | 1 | USD | $1.4579 | $1.45790 | $1.45790 | Received 1 OMG from an external account |
| 2019-11-28 05:11:03 UTC | Receive | ETH | 900.50062 | USD | $151.865 | $136754.52666 | $136754.52666 | Received 900.50062 ETH from an external account |
| 2019-11-07 22:36:09 UTC | Receive | ETH | 0.00053087 | USD | $187.175 | $0.09937 | $0.09937 | Received 0.00053087 ETH from an external account |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2019-08-22 20:25:54 UTC | Receive | ETH | 0.05349847 | USD | $192.765 | $10.31263 | $10.31263 | Received 0.05349847 ETH from an external account |
| 2019-08-22 20:23:12 UTC | Receive | ETH | 2.5737858 | USD | $192.765 | $496.13582 | $496.13582 | Received 2.5737858 ETH from an external account |
| 2019-08-22 20:22:41 UTC | Receive | ETH | 0.085 | USD | $192.765 | $16.38503 | $16.38503 | Received 0.085 ETH from an external account |
| 2019-08-22 20:02:22 UTC | Receive | ETH | 0.23497622 | USD | $192.335 | $45.19415 | $45.19415 | Received 0.23497622 ETH from an external account |
| 2019-08-22 16:58:18 UTC | Receive | ETH | 0.2673074 | USD | $192.175 | $51.36980 | $51.36980 | Received 0.2673074 ETH from an external account |
| 2019-08-22 16:21:00 UTC | Receive | ETH | 0.004 | USD | $191.115 | $0.76446 | $0.76446 | Received 0.004 ETH from an external account |
| 2019-08-22 16:10:32 UTC | Receive | ETH | 41.62476851 | USD | $191.265 | $7961.36135 | $7961.36135 | Received 41.62476851 ETH from an external account |
| 2019-08-21 20:38:20 UTC | Receive | BTC | 0.01700964 | USD | $10176.995 | $173.10702 | $173.10702 | Received 0.01700964 BTC from an external account |
| 2019-08-21 20:36:48 UTC | Receive | BTC | 42.7531391 | USD | $10176.995 | $435098.48286 | $435098.48286 | Received 42.7531391 BTC from an external account |
| 2019-08-21 17:48:04 UTC | Receive | BTC | 0.001 | USD | $10094.965 | $10.09497 | $10.09497 | Received 0.001 BTC from an external account |
| 2019-08-21 17:33:00 UTC | Receive | ETH | 1 | USD | $185.155 | $185.15500 | $185.15500 | Received 1 ETH from an external account |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2019-08-21 17:10:43 UTC | Receive | ETH | 1050 | USD | $185.125 | $194381.25 | $194381.25 | Received 1050 ETH from an external account |
| 2019-08-21 16:59:07 UTC | Receive | ETH | 0.01 | USD | $185.195 | $1.85195 | $1.85195 | Received 0.01 ETH from an external account |
| 2019-08-21 13:42:34 UTC | Receive | ETH | 6367.714 | USD | $183.255 | $1166915.42907 | $1166915.42907 | Received 6367.714 ETH from an external account |
| 2019-08-21 13:31:08 UTC | Receive | ETH | 0.01 | USD | $183.405 | $1.83405 | $1.83405 | Received 0.01 ETH from an external account |
| 2019-08-21 13:27:34 UTC | Receive | ETH | 30495.8641267 | USD | $183.405 | $5593093.96016 | $5593093.96016 | Received 30495.8641267 ETH from an external account |
| 2019-08-21 13:16:18 UTC | Receive | ETH | 0.5 | USD | $183.37 | $91.68500 | $91.68500 | Received 0.5 ETH from an external account |
| 2019-08-21 13:15:00 UTC | Receive | ETH | 0.1 | USD | $182.295 | $18.22950 | $18.22950 | Received 0.1 ETH from an external account |

# Composite Exhibit 2

## Receipts from the Liquidation Trades

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Monday, August 10, 2020 7:01 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Matched: Order To Sell 42.77114874 BTC at 11803.379728 per BTC has Matched |

*[External email]*



# Your sell of **42.77114874 BTC** at 11,803.379728 USDC has matched.

SEC v. Middleton - Independent Intermediary,

The trade is still pending settlement and funds will not be available until you confirm the match below.

| | |
|---|---|
| **Trade Id** | 7dfc693f |
| **Date Initiated** | Aug 10, 2020 - 11:00 PM GMT |
| **Amount** | Sell 42.77114874 BTC |
| **Price** | 11,803.379728 USDC |
| **Fee** | 10 bps |

| | |
|---|---|
| **Total** | 504,844.10998099 USDC |
| **Net** | 504,339.26587101 USDC |

Confirm Settlement

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Tuesday, August 11, 2020 5:02 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 5,193.26744808 ETH at $385.11 USD per ETH has been Settled |

*[External email]*



## Your sell of **5,193.26744808 ETH** at $385.11 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 29df7930 |
| **Date Initiated** | Aug 11, 2020 - 4:27 PM GMT |
| **Amount** | Sell 5,193.26744808 ETH |
| **Price** | $385.11 USD |
| **Fee** | 10 bps |

| Total | $2,000,000.00 USD |
| Net | $1,998,000.00 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

**From:**       Coinbase TradingDesk <tradingdesk@coinbase.com>
**Sent:**       Tuesday, August 11, 2020 4:55 PM
**To:**         Independent Intermediary
**Subject:**    Settled: Order To Sell 5,211.29590077 ETH at $383.78 USD per ETH has been Settled

*[External email]*



## Your sell of **5,211.29590077 ETH** at $383.78 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

**Trade Id**                                    65cc71de

**Date Initiated**              Aug 11, 2020 - 6:39 PM GMT

**Amount**                       Sell 5,211.29590077 ETH

**Price**                                  $383.78 USD

**Fee**                                       10 bps

1

| | |
|---|---|
| **Total** | $2,000,000.00 USD |
| **Net** | $1,998,000.00 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

**From:**      Coinbase TradingDesk <tradingdesk@coinbase.com>
**Sent:**      Wednesday, August 12, 2020 11:59 AM
**To:**        Independent Intermediary
**Subject:**   Settled: Order To Sell 4,205.80685676 ETH at $380.11 USD per ETH has been Settled

*[External email]*



## Your sell of **4,205.80685676 ETH** at $380.11 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

**Trade Id**                                    c7e01f8

**Date Initiated**              Aug 11, 2020 - 8:34 PM GMT

**Amount**                      Sell 4,205.80685676 ETH

**Price**                                  $380.11 USD

**Fee**                                         10 bps

**Total**                                            $1,598,686.91 USD

**Net**                                              $1,597,088.22 USD

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

2

**From:**          Coinbase TradingDesk <tradingdesk@coinbase.com>
**Sent:**           Wednesday, August 12, 2020 11:59 AM
**To:**              Independent Intermediary
**Subject:**       Settled: Order To Sell 1,945.66414214 ETH at $375.41 USD per ETH has been Settled

*[External email]*



## Your sell of **1,945.66414214 ETH** at $375.41 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

**Trade Id**                                                 39422993

**Date Initiated**          Aug 12, 2020 – 2:13 AM GMT

**Amount**              Sell 1,945.66414214 ETH

**Price**                   $375.41 USD

**Fee**                        10 bps

| Total | $730,421.78 USD |
| Net | $729,691.35 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Wednesday, August 12, 2020 5:19 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 4,744.47218673 ETH at $384.81 USD per ETH has been Settled |

*[External email]*



## Your sell of **4,744.47218673 ETH** at $384.81 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 4dd049bc |
| **Date Initiated** | Aug 12, 2020 - 5:39 PM GMT |
| **Amount** | Sell 4,744.47218673 ETH |
| **Price** | $384.81 USD |
| **Fee** | 10 bps |

**Total**                                          $1,825,704.21 USD

**Net**                                            $1,823,878.51 USD

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Wednesday, August 12, 2020 5:38 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 1,178.16468124 ETH at $381.95 USD per ETH has been Settled |

*[External email]*



## Your sell of **1,178.16468124 ETH** at $381.95 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 23c0519d |
| **Date Initiated** | Aug 12, 2020 - 6:05 PM GMT |
| **Amount** | Sell 1,178.16468124 ETH |
| **Price** | $381.95 USD |
| **Fee** | 10 bps |

| **Total** | $450,000.00 USD |
|---|---|
| **Net** | $449,550.00 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Wednesday, August 12, 2020 5:35 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 377.96832046 ETH at $381.95 USD per ETH has been Settled |

*[External email]*



## Your sell of **377.96832046 ETH** at $381.95 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 56806e44 |
| **Date Initiated** | Aug 12, 2020 - 6:05 PM GMT |
| **Amount** | Sell 377.96832046 ETH |
| **Price** | $381.95 USD |
| **Fee** | 10 bps |

**Total**                                                    $144,365.00 USD

**Net**                                                      $144,220.64 USD

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Wednesday, August 12, 2020 5:21 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 5,199.58660348 ETH at $384.55 USD per ETH has been Settled |

*[External email]*



## Your sell of **5,199.58660348 ETH** at $384.55 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 77d6667d |
| **Date Initiated** | Aug 12, 2020 - 8:24 PM GMT |
| **Amount** | Sell 5,199.58660348 ETH |
| **Price** | $384.55 USD |
| **Fee** | 10 bps |

**Total**                                                    $1,999,494.27 USD

**Net**                                                      $1,997,494.77 USD

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

**From:** Coinbase TradingDesk <tradingdesk@coinbase.com>
**Sent:** Wednesday, August 12, 2020 11:20 PM
**To:** Independent Intermediary
**Subject:** Settled: Order To Sell 5,188.38090424 ETH at $385.48 USD per ETH has been Settled

*[External email]*



## Your sell of **5,188.38090424 ETH** at $385.48 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 57fc0e59 |
| **Date Initiated** | Aug 12, 2020 - 10:40 PM GMT |
| **Amount** | Sell 5,188.38090424 ETH |
| **Price** | $385.48 USD |
| **Fee** | 10 bps |

| Total | $2,000,000.00 USD |
| Net | $1,998,000.00 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

2

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Thursday, August 13, 2020 12:51 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 4,479.13911769 ETH at $390.93 USD per ETH has been Settled |

*[External email]*



## Your sell of **4,479.13911769 ETH** at $390.93 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | 594f4efa |
| **Date Initiated** | Aug 13, 2020 – 3:46 PM GMT |
| **Amount** | Sell 4,479.13911769 ETH |
| **Price** | $390.93 USD |
| **Fee** | 10 bps |

**Total**                                                      $1,751,040.16 USD

**Net**                                                        $1,749,289.12 USD

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

2

| | |
|---|---|
| **From:** | Coinbase TradingDesk <tradingdesk@coinbase.com> |
| **Sent:** | Thursday, August 13, 2020 12:05 PM |
| **To:** | Independent Intermediary |
| **Subject:** | Settled: Order To Sell 1,136.7964523 ETH at $390.70 USD per ETH has been Settled |

*[External email]*



## Your sell of **1,136.7964523 ETH** at $390.70 USD has been settled.

SEC v. Middleton - Independent Intermediary,

Your OTC trade is now settled and funds are now available in your account.

| | |
|---|---|
| **Trade Id** | ec85ed6 |
| **Date Initiated** | Aug 13, 2020 - 3:50 PM GMT |
| **Amount** | Sell 1,136.7964523 ETH |
| **Price** | $390.70 USD |
| **Fee** | 10 bps |

| | |
|---|---|
| **Total** | $444,146.37 USD |
| **Net** | $443,702.23 USD |

View Order Details

© Coinbase 2020

Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States

2

# Exhibit 3

## Wire Record

SENSITIVE BUT UNCLASSIFIED

Generated: Aug 25, 2020 2:01:50 PM

## Collections Information Repository (CIR)
### Voucher Detail Report

### Deposit Information

| | | | | |
|---|---|---|---|---|
| Voucher Number: | 740104 | Voucher Date: | 08/24/2020 | |
| Deposit Date: | 08/24/2020 | Voucher Amount: | | $15,433,258.94 |
| Credit Ind: | Y | Business Date: | 08/24/2020 | |
| Voucher ALC: | 50000001 | Voucher Type: | 215 | |
| Financial Transaction Count: | 1 | Reporting Program/Subprogram: | Credit Gateway:Fedwire | |
| Corrective Type: | Original | Partner Name: | Fedwire CG | |

### Agency Information

| | | | |
|---|---|---|---|
| Agency Account Identifier: | 850000001000 | Office Location Code | |
| Cash Flow ID: | Unknown | Initial Location: | |
| Cash Flow Name: | Unknown | | |

Agency Comments

### Bank Information

| | | | |
|---|---|---|---|
| Commercial Indicator: | N | ABA: | 021030004 |
| Financial Institution Name: | TREAS NYC/FUNDS TRANSFER DIVISION | CAN: | 001080 |
| Federal Account Key Code: | | FRB District Code: | |
| FRB Office Code: | | Cash Concentration Trace #: | |
| Non Treasury Collection Code: | | Financial Agent Identifier: | |

Voucher Comments

### STP Information

| Reporter Identifier | Entry User Name | Entry User Date/Time |
|---|---|---|
| | | 08/24/2020 07:25 |

### Reported Classification(s)

| | | | | | | | | TAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ckey Name | Ckey Value | Tax Class Code | SP | ATA | Agency ID | BPOA | EPOA | Avail Type | Main | Sub | BETC | Crd Ind | Classification Total Amt |
| CG FEDWIRE | 850000001000 | | | | | | | | | | | Y | $15,433,258.94 |

**Sidney O. Boykin, CGFM**

2