

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

February 4, 2026

**Via ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *SEC v. Reginald Middleton*, Case No. 1:19-cv-4625-WFK-VMS

Dear Magistrate Scanlon,

Pursuant to an order dated December 19, 2025, the Court requested that the SEC file a joint status letter with defense counsel regarding whether the stay of its motion to approve the final accounting should continue. For two reasons, the SEC was unable to comply with the order. First, due to the lapse of appropriations that occurred on January 31, 2026, and the resulting shutdown, which ended yesterday, February 3, 2026, the SEC was unable to meet this deadline. Second, Defendants filed their own motion on February 2, 2026, [ECF No. 162] that extended beyond simply responding to the Court's order of December 19, 2025, and instead requested continuances and adjournments of various dates. Because the SEC does not agree with Defendants' position on these issues, we do not think a join letter is practicable.

First, we do not believe that there is a 21-day deadline to "respond" to our quarterly accounts, since the accountings are not a motion to be responded to, and the SEC does not know of any applicable rule imposing the deadline to which counsel refers. Second, counsel asks for adjournment of the deadline for Defendants' reply in further support of appointment of a Special Master, but Magistrate Scanlon's Individual Practice Rule III(b) says, "Litigants shall make discovery or other non-dispositive motions by letter motion, in accordance with Rule I((b), above. . . . Replies are not permitted on letter motions."

Finally, we do not agree that a stay of the SEC's motion to approve the final accounting should continue, because we believe it is unnecessary. Should the Commission's motion be granted and subsequently, Defendants prevailed on their appeal, then the Court could order that the funds sent to Treasury be recalled.

        Sincerely,

        Allison J.P. Moon
        Trial Counsel
        U.S. Securities and Exchange Commission
        1100 F. St., NE
        Washington, DC 20549
        (202) 551-3015
        moona@sec.gov