EXHIBIT A



# Independent Intermediary--Privileged & Confidential
17 messages

**Kornblau, David** <dkornblau@cov.com>  Wed, Aug 14, 2019 at 9:02 PM
To: Reggie Middleton <reggie@veritaseum.com>

Reggie, please see below.  Any issue with transferring digital assets (to be defined more clearly) to a Gemini address controlled by the Intermediary?

David

**David L. Kornblau**

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1084 | dkornblau@cov.com
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system.

**From:** Tenreiro, Jorge <tenreiroj@SEC.GOV>
**Sent:** Wednesday, August 14, 2019 8:56 PM
**To:** joe.dewey@hklaw.com
**Cc:** Kornblau, David <dkornblau@cov.com>; Suthammanont, Victor <suthammanontv@SEC.GOV>; Willenken, Karen E. <WillenkenK@SEC.GOV>; Yeung, Christopher <cyeung@cov.com>
**Subject:** SEC v. Middleton - Letter

Hi Joe:

We filed the attached letter with the Court moments ago respecting your appointment.  Please let us know how you'd like to proceed.  The parties have agreed to coordinate with respect to the location/procedures for the transfer of assets.  I indicated to Defendants' counsel (copied here) that your proposal for an address/wallet with Gemini is acceptable to us.  Unless there are other concerns you'd like to discuss (or that Defendants through counsel may want to raise), we respectfully request that an address for the transfer be provided as soon as possible.

Thank you,


Jorge G. Tenreiro

Senior Trial Counsel

U.S. Securities and Exchange Commission

Division of Enforcement

New York Regional Office

[200 Vesey Street, Suite 400](#)

[New York, NY 10281](#)

212-336-9145

TenreiroJ@sec.gov

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

📄 **14 - Letter re Intermediary.pdf**
142 KB

---

**Reggie Middleton** <reggie@veritaseum.com>  Wed, Aug 14, 2019 at 10:05 PM
To: Kornblau, David <dkornblau@cov.com>

There are potentially several issues, depending on what the definition of digital assets are. Gemini may not be suitable. I am paying very high custodial and management fees, thus the manager should know these things and if I have to walk them through it then I am not getting my monies worth. From the sound of things, it seems as if I should take a look at thier insurance policy.

[Quoted text hidden]

🖼 **image001.jpg**
1 KB

---

**Kornblau, David** <dkornblau@cov.com>  Wed, Aug 14, 2019 at 10:22 PM
To: Reggie Middleton <reggie@veritaseum.com>

I need to let them know quickly if we object to Gemini. What is your concern? Is it that Gemini can't hold your tokens? I can tell them we want insurance but you likely won't see the policy before you decide whether to object. Jorge said they used Gemini in another case and didn't have any problems.

David L. Kornblau
Covington & Burling LLP

On Aug 14, 2019, at 10:05 PM, Reggie Middleton <reggie@veritaseum.com<mailto:reggie@veritaseum.com>> wrote:

There are potentially several issues, depending on what the definition of digital assets are. Gemini may not be suitable. I am paying very high custodial and management fees, thus the manager should know these things and if I have to walk them through it then I am not getting my monies worth. From the sound of things, it seems as if I should take a look at thier insurance policy.

On Wed, 14 Aug 2019, 9:02 PM Kornblau, David, <dkornblau@cov.com<mailto:dkornblau@cov.com>> wrote:
Reggie, please see below. Any issue with transferring digital assets (to be defined more clearly) to a Gemini address controlled by the Intermediary?

David

David L. Kornblau

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405