UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                   :

           Plaintiff,                  :

                                   :     **SCHEDULING ORDER**
           v.                       :     19-CV-4625 (WFK) (VMS)

                                     :

REGINALD ("REGGIE") MIDDLETON,       :
VERITASEUM, INC., and VERITASEUM, LLC,  :

                                   :

          Defendants.           :
-------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

       The Court is in receipt of Plaintiff's Motion to Strike Defendants' Objections and the

Declaration of Franklin Jason Seibert at ECF No. 170. Plaintiff's motion is DENIED IN PART

and GRANTED IN PART. The Court DENIES the motion to strike Defendants' Objections and

the Declaration of Franklin Jason Seibert to the Report and Recommendations at ECF Nos. 168

and 169. The Court GRANTS Plaintiff's request to extend its opportunity to respond.

       Plaintiff shall file its response to Defendants' Objections and the Declaration to the

Report and Recommendations on ECF on or before Friday, April 10, 2026, at 5:00 P.M.

Defendants shall submit their reply, if any, on or before Friday, April 24, 2026, at 5:00 P.M.


                               **SO ORDERED.**

                               **s/WFK**
                               _____
                               HON. WILLIAM F. KUNTZ, II
                               UNITED STATES DISTRICT JUDGE


Dated:   March 12, 2026
         Brooklyn, New York